Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Edelson PC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>       *Plaintiff,*<br><br>       *v.*<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>       *Defendants.* | Case No.: 3:22-cv-03977-JSC<br><br>**PLAINTIFF'S MOTION TO WITHDRAW CONSENT TO MAGISTRATE JUDGE JURISDICTION**<br><br>Hon. Jacqueline Scott Corley<br><br>**Hearing Date: December 22, 2022**<br><br>**Hearing Time: 9:00 a.m.** |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on December 22, 2022, at 9:00 a.m. via Zoom Teleconference, the Honorable Jacqueline Scott Corley presiding, Plaintiff Edelson P.C.'s Motion to Withdraw Consent to Magistrate Judge Jurisdiction will be heard. Plaintiff moves to withdraw its previously filed Consent to Magistrate Judge Jurisdiction. Plaintiff's Motion is based on this Notice of Motion and the following statements in support.

## STATEMENT OF REQESTED RELIEF

Plaintiff requests that the Court grant it leave to withdraw its consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

Dated:  November 14, 2022                    Respectfully submitted,


                                             **EDELSON PC**

                                             By: /s/ Alexander G. Tievsky
                                             Rafey S. Balabanian (SBN 315962)
                                             rbalabanian@edelson.com
                                             EDELSON PC
                                             150 California Street, 18th Floor
                                             San Francisco, California 94111
                                             Tel: 415.212.9300/Fax: 415.373.9435

                                             Jay Edelson (*pro hac vice*)
                                             jedelson@edelson.com
                                             J. Eli Wade-Scott (*pro hac vice*)
                                             ewadescott@edelson.com
                                             Alexander G. Tievsky (*pro hac vice*)
                                             atievsky@edelson.com
                                             EDELSON PC
                                             350 North LaSalle, 14th Floor
                                             Chicago, Illinois 60654
                                             Tel: 312.589.6370
                                             Fax: 312.589.6378


                                             *Counsel for Plaintiff Edelson PC*

Plaintiff Edelson PC hereby moves to withdraw its prior consent to the jurisdiction of a United States Magistrate Judge under 28 U.S.C. § 636(c). In support of its motion, it states as follows:

1.      On July 21, 2022, Plaintiff consented to the jurisdiction of a magistrate judge to oversee this proceeding. (Dkt. 17.) However, because one of the defendants, Christopher Kamon, has not yet been served (and therefore has not consented), the case was reassigned to this Court on September 27, 2022. (Dkt. 73.)

2.      "[A] party need not satisfy the good cause or extraordinary circumstances standard provided in § 636(c)(4) in order to withdraw magistrate judge consent before all parties have consented." *Gilmore v. Lockard*, 936 F.3d 857, 863 (9th Cir. 2019). Rather, it is "a decision best left to the district court's discretion," in consideration of such factors as prejudice to the other parties and inconvenience to the Court. *Id.* Where the matter has been assigned to a district judge and is not currently pending before a magistrate judge, "the majority of courts have allowed such withdrawal[.]" *Id.* (reversing denial of motion for leave to withdraw consent to magistrate judge jurisdiction).

3.      Mr. Kamon is now in federal custody, and Plaintiff expects that he will soon be served. (*See* Detention Order, attached as Exhibit A; Transfer Order, attached as Exhibit B.) If Mr. Kamon appears and thereafter consents to magistrate judge jurisdiction, there is a risk that this proceeding could be delayed by a re-re-assignment. Plaintiff wishes to avoid that possibility. There is also a pending venue transfer motion in a parallel case pending in the Northern District of Illinois, where the parties have not consented to magistrate judge jurisdiction. If that motion is granted and the cases are consolidated, there is a risk that the case would then have to go *back* to a district judge. While Plaintiff recognizes the efficiencies gained by consenting to magistrate judge jurisdiction, it has reluctantly concluded that in this case, such consent will cause more problems than it solves.

4.      Further, because the case is currently pending before a district judge, no prejudice will be worked on any defendant and no inconvenience will be caused as a result of permitting the withdrawal. Pursuant to the Ninth Circuit's guidance in *Gilmore*, Plaintiff should be allowed to withdraw its consent.

1    **WHEREFORE**, Plaintiff respectfully requests that the Court permit it leave to withdraw its

2    consent to magistrate judge jurisdiction.

3

4    Dated:  November 14, 2022                         Respectfully submitted,

5                                                      **EDELSON PC**

6
                                                       By: /s/ Alexander G. Tievsky
7
                                                       Rafey S. Balabanian (SBN 315962)
8                                                      rbalabanian@edelson.com
                                                       EDELSON PC
9                                                      150 California Street, 18th Floor
                                                       San Francisco, California 94111
10                                                     Tel: 415.212.9300/Fax: 415.373.9435

11                                                     Jay Edelson (*pro hac vice*)
                                                       jedelson@edelson.com
12                                                     J. Eli Wade-Scott (*pro hac vice*)
                                                       ewadescott@edelson.com
13                                                     Alexander G. Tievsky (*pro hac vice*)
                                                       atievsky@edelson.com
14                                                     EDELSON PC
                                                       350 North LaSalle, 14th Floor
15                                                     Chicago, Illinois 60654
                                                       Tel: 312.589.6370
16                                                     Fax: 312.589.6378

17                                                     *Counsel for Plaintiff Edelson PC*

18

19

20

21

22

23

24

25

26

27

28