Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

*Counsel for Plaintiff Edelson PC*

[Additional counsel appear on the signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, | Case No. 2:22-cv-08787-JFW (MAAx) |
| *Plaintiff,* | **JOINT REPORT** |
| *v.* | |
| DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, and CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation, | |
| *Defendants.* | |

1    Plaintiff Edelson PC, Defendant David Lira, Defendant Keith Griffin,

2    Defendant Erika Girardi, Defendant EJ Global, LLC, Defendant George Hatcher,

3    Defendant Wrongful Death Consultants, Defendant Joseph DiNardo, and Defendant

4    California Attorney Lending II, Inc. (the "Parties") jointly submit this Joint Report

5    pursuant to the Court's Standing Order. (Dkt. 113.)

6    **I.    Status of the Case**

7         Plaintiff Edelson PC, as assignee of five bereaved families (the "Lion Air

8    Clients"), filed this action on July 6, 2022. All Defendants have been served with the

9    summons and complaint or waived service.[1]

10        After all Defendants filed motions to dismiss and/or transfer the case, the

11   Parties held a video conference on September 26, 2022. It is Plaintiff's position that

12   the conference constituted a Fed. R. Civ. P. 26(f) conference, as it concerned—as one

13   Defendant's counsel described it in reaching out to schedule the conference—"initial

14   disclosures, early settlement, ADR process selection, and discovery plan," and the

15   event was titled "Edelson-Lira: 26(f) + ADR Conf." Defendants disagree. Plaintiff

16   thereafter served initial disclosures and filed a Case Management Statement on

17   October 10, 2022.[2] (Dkts. 81-82.) Defendants have not yet served initial disclosures,

18   and are of the position that discovery has not yet commenced. Defendants are aware

19   of the Court's preference for an early start to active discovery, but given the

20   likelihood that issues (and perhaps even the number of parties) will be narrowed by

21

22   ---------------------

23   [1]    Defendant Christopher Kamon was served on November 21, 2022, but has not
     yet appeared in this action. Plaintiff will file a proof of service after applying for
24   admission *pro hac vice*.
     [2]    Based on their interpretation of the then-governing Case Management Order
25   (Dkt. 8), Defendants declined to participate in drafting a case management statement
     because the case was transferred from Magistrate Judge Sallie Kim to District Judge
26   Jacqueline Scott Corley on September 27, 2022, and all pending "hearing and trial
     dates" were vacated. (Dkt. 73.)
27

28

the contemplated motions, Defendants request that discovery be held in abeyance until those motions are determined.  No party has yet served any discovery requests.

On December 2, 2022, the Transferor Court granted various Defendants' motions to transfer the case to this District. (Dkt. 101.) Some Defendants also filed motions to dismiss under Fed. R. Civ. P. 12(b)(6) and/or 12(b)(7); those motions were pending at the time of transfer. This Court denied those motions without prejudice, so that the parties can comply with this Court's Standing Order. (Dkt. 113). It is anticipated that previously filed motions to dismiss will be filed again. Plaintiff notes that some defendants improperly filed multiple Rule 12(b) motions in the transferor court. Plaintiff does not consent to any Rule 12(b) motion practice other than what is permitted under the Federal Rules of Civil Procedure.

## II. Motions Filed and Transferor Court's Rulings

The following table includes all motions filed before the Transferor Court, along with the Transferor Court's ruling (if any) on each motion.

| Motion | Transferor Court's Ruling |
|---|---|
| **Dkt. 2:** Application for admission of Alexander G. Tievsky *pro hac vice*, filed by Edelson PC | **Dkt. 10:** Granted |
| **Dkt. 3:** Application for admission of J. Eli Wade-Scott *pro hac vice*, filed by Edelson PC | **Dkt. 11:** Granted |
| **Dkt. 4:** Application for admission of Jay Edelson *pro hac vice*, filed by Edelson PC | **Dkt. 12:** Granted |
| **Dkt. 5:** Administrative motion to file an unredacted version of the Complaint under seal, filed by Edelson PC | **Dkt. 13:** Granted |
| **Dkt. 25:** Application for admission of Richard M. Scherer, Jr. *pro hac vice*, filed by Joseph DiNardo | **Dkt. 26:** Granted |
| **Dkt. 27:** Application for admission of William F. Savino *pro hac vice*, filed by California Attorney Lending II, Inc. | **Dkt. 29:** Granted |

| | |
|---|---|
| **Dkt. 28:** Application for admission of William E. Brueckner *pro hac vice*, filed by California Attorney Lending II, Inc. | **Dkt. 30:** Granted |
| **Dkt. 41:** Motion to dismiss, or, alternatively, to transfer to the Central District of California, pursuant to Fed. R. Civ. P. 12(b)(3); 28 U.S.C. §§ 1404, 1406, filed by George Hatcher | **Dkt. 101**: Granted (Case transferred to the Central District of California) |
| **Dkt. 43:** Motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(3),(6) & (7), filed by Wrongful Death Consultants | **Dkt. 101**: Granted in part (Case transferred to the Central District of California); No Ruling in part |
| **Dkt. 47:** Motion to dismiss, or, alternatively, to transfer to the Central District of California, pursuant to Fed. R. Civ. P. 12(b)(3); 28 U.S.C. §§ 1404, 1406, filed by David Lira | **Dkt. 101**: Granted (Case transferred to the Central District of California) |
| **Dkt. 49:** Motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(7), filed by Keith Griffin | No Ruling |
| **Dkt. 54:** Motion to transfer to the Central District of California, pursuant to 28 U.S.C. § 1404, filed by Keith Griffin | **Dkt. 101**: Granted (Case transferred to the Central District of California) |
| **Dkt. 55:** Motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(3) & (6), filed by California Attorney Lending II | **Dkt. 101**: Granted in part (Case transferred to the Central District of California); No Ruling in part |
| **Dkt. 58:** Motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), filed by Joseph DiNardo | No Ruling |
| **Dkt. 60:** Motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) & (7), filed by EJ Global, LLC, and Erika Girardi | No Ruling |
| **Dkt. 61:** Motion to dismiss, or, alternatively, to transfer to the Central District of California, pursuant to Fed. R. Civ. P. 12(b)(3); 28 U.S.C. §§ 1404, 1406, filed by EJ Global, LLC, and Erika Girardi | **Dkt. 101**: Granted (Case transferred to the Central District of California) |
| **Dkt. 78:** Ex Parte Application for Order Extending Time for Service on Christopher Kamon, filed by Edelson PC | **Dkt. 79:** Granted |

| **Dkt. 87:** Ex Parte Motion for Service on Christopher Kamon by United States Marshal, filed by Edelson PC | **Dkt. 93:** Granted |
|---|---|
| **Dkt. 94:** Stipulation to exceed page limitations in Plaintiff's Consolidated Opposition to Defendants Motions to Dismiss, filed by Edelson PC | **Dkt. 95:** Granted |
| **Dkt. 97:** Application for admission of Hannah Hilligoss *pro hac vice*, filed by Edelson PC | **Dkt. 98:** Granted |

  A courtesy copy of each document on the docket of the Transferor Court is being delivered to Chambers.


Dated: December 15, 2022

By: /s/ Rafey S. Balabanian
*One of Plaintiff's Attorneys*

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (admitted *pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (admitted *pro hac vice*)
ewadescott@edelson.com
Alexander G. Tievsky (admitted *pro hac vice*)
atievsky@edelson.com
Hannah P. Hilligoss (admitted *pro hac vice*)
hhilligoss@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

1   Fax: 312.589.6378

2   *Attorneys for Plaintiff*

3   Dated: December 15, 2022        By: /s/ Rachel M. Lannen
4

5   Rachel Marilyn Lannen
    rlannen@elllaw.com
6   ENGSTROM, LIPSCOMB & LACK
7   10100 N Santa Monica Boulevard,
    12th Floor
8   Los Angeles, CA 90067
    (310) 552−3800
9

10  *Attorney for David Lira*

11

12  Dated: December 15, 2022        By: /s/ Ryan D. Saba

13  Ryan Donald Saba
    rsaba@rosensaba.com
14  ROSEN SABA, LLP
15  2301 Rosecrans Avenue, Suite 3180
    El Segundo, CA 90245
16  (310) 285−1727
17  Fax: (310) 285−1728

18  *Attorney for Keith Griffin*

19

20  Dated: December 15, 2022        By: /s/ Evan C. Borges
21

22  Evan Christopher Borges
    eborges@ggtriallaw.com
23  Amir Shakoorian
    ashakoorian@ggtriallaw.com
24  David Shackelford
    dshackelford@ggtriallaw.com
25  GREENBERG GROSS LLP
26  650 Town Center Drive, Suite 1700
27  Costa Mesa, CA 92626

28

JOINT STATUS REPORT        5    CASE NO. 2:22-CV-08787-JFW (MAAx)

1   (949) 383−2800
Fax: (949) 383−2801

2

3   *Attorneys for Erika Girardi and EJ
Global, LLC*

4

5   Dated: December 15, 2022          By: /s/ Brodie H. Smith

6

7   Anthony Lawrence Lanza
tony@lanzasmith.com

8   Brodie Hugh Smith
brodie@lanzasmith.com

9   LANZA & SMITH, PLC

10  3 Park Plaza, Ste. 1650
Irvine, CA 92614

11  949−221−0490

12

13  *Attorneys for George Hatcher and
Wrongful Death Consultants*

14

15  Dated: December 15, 2022          By: /s/ Richard M. Scherer. Jr.

16

17  Jeff Wiley Poole
jpoole@hamricklaw.com

18  HAMRICK & EVANS LLP
2600 West Olive Avenue, Suite 1020

19  Burbank, CA 91505

20  (818) 763−5292
Fax: (818) 763−2308

21

22  Richard M. Scherer , Jr.
rscherer@lippes.com

23  LIPPES MATHIAS WEXLER FRIEDMAN
LLP

24  50 Fountain Plaza, Suite 1700

25  Bufalo, NY 14202

26  (716) 853−5100

27

28

*Attorneys for Joseph DiNardo*

Dated: December 15, 2022          By: /s/ William E. Brueckner

Sean Eric Ponist
sponist@ponistlaw.com
PONIST LAW GROUP, P.C.
27201 Puerta Real, Ste. 300
Mission Viejo, CA 92691
949.420.4650
Fax: (888) 350−5442

William E. Brueckner
wbrueckner@woodsoviatt.com
William F. Savino
wsavino@woodsoviatt.com
WOODS OVIATT GILMAN LLP
1900 Main Place Tower
350 Main Street
Buffalo, NY 14202
(716) 248−3210

*Attorneys for California Attorney Lending II, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **FILER'S ATTESTATION**

I, Rafey S. Balabanian, am the ECF user whose identification and password are being used to file this Joint Report. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: December 15, 2022                  /s/ Rafey S. Balabanian