Steven D. Park (SBN 215219)
    *spark@parklawless.com*
Vincent Tremonti (SBN 301571)
    *vtremonti@parklawless.com*
**PARK LAWLESS & TREMONTI LLP**
555 West Fifth Street, 35th Floor
Los Angeles, CA 90013
Telephone:   (213) 640-3770
Facsimile:    (213) 640-3015

Damian J. Martinez (SBN 200159)
    *damian.martinez@aalrr.com*
**ATKINSON, ANDELSON, LOYA, RUUD & ROMO**
201 S Lake Avenue, Suite 300
Pasadena, CA 91101-4811
Telephone:   (626) 583-8600
Facsimile:    (626) 583-8610

Attorneys for Defendant
CHRISTOPHER KAMON

# UNTIED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>            Plaintiff,<br><br>        vs.<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>            Defendants. | CASE NO.: 2:22-cv-08787-JFW-MAA<br><br>**DEFENDANT CHRISTOPHER KAMON'S ANSWER TO PLAINTIFF EDELSON PC'S COMPLAINT** |

Christopher Kamon ("Defendant"), by and through undersigned counsel, hereby responds to the complaint (the "Complaint") filed by Edelson PC ("Plaintiff"), and states as follows: In providing this unsworn Answer through his undersigned counsel, Defendant does not intend to, and does not, waive any privileges in this or any other proceeding, including but not limited to the privilege against self-incrimination guaranteed to him by the Fifth Amendment to the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. Defendant reserves the right to assert any such applicable privileges in this or other proceedings. Defendant is presently facing criminal prosecution in *United States v. Christopher Kamon*, U.S. District Court, C.D. California, Case No. 2:22-MJ-04385.

## NATURE OF THE ACTION

1.      In response to Paragraph 1 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

2.      In response to Paragraph 2 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

3.      In response to Paragraph 3 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

4.     In response to Paragraph 4 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

5.     In response to Paragraph 5 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

6.     In response to Paragraph 6 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

7.     In response to Paragraph 7 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

8.      In response to Paragraph 8 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

9.      In response to Paragraph 9 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

10.     In response to Paragraph 10 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

11.     In response to Paragraph 11 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

12.     In response to Paragraph 12 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

13.     In response to Paragraph 13 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

14.     In response to Paragraph 14 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

15.     In response to Paragraph 15 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

16. In response to Paragraph 16 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

17. In response to Paragraph 17 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

18. In response to Paragraph 18 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

19. In response to Paragraph 19 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

20.     In response to Paragraph 20 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

21.     In response to Paragraph 21 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

22.     In response to Paragraph 22 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

23.     In response to Paragraph 23 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## PARTIES

24.     Answering Paragraph 24 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations regarding whether Plaintiff is an Illinois professional corporation operating as a law firm, has its principal place of business in Chicago, Illinois, and maintains an office located in San Francisco, California, and on that basis denies those allegations.  In response to the remaining allegations contained in Paragraph 24 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to those allegations. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

25.     Answering Paragraph 25 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

26.     Answering Paragraph 26 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

27.     Answering Paragraph 27 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

1  allegations contained in said paragraph, and on that basis denies each and every

2  allegation contained therein.

3      28.    Answering Paragraph 28 of the Complaint, Defendant is without

4  sufficient knowledge or information to form a belief as to the truth of the

5  allegations contained in said paragraph, and on that basis denies each and every

6  allegation contained therein.

7      29.    Answering Paragraph 29 of the Complaint, Defendant admits that he

8  is a natural person.  In response to the remaining allegations contained in

9  Paragraph 29 of the Complaint, Defendant asserts his privilege against self-

10  incrimination that is guaranteed by the Fifth Amendment of the United States

11  Constitution, Article I Section 15 of the California Constitution, and California

12  Evidence Code section 940. On that basis, Defendant declines to respond to each

13  and every allegation therein. Moreover, Defendant's right to assert and assertion

14  of his privilege against self-incrimination shall not be deemed or considered an

15  admission of any allegation therein.

16      30.    Answering Paragraph 30 of the Complaint, Defendant is without

17  sufficient knowledge or information to form a belief as to the truth of the

18  allegations contained in said paragraph, and on that basis denies each and every

19  allegation contained therein.

20      31.    Answering Paragraph 31 of the Complaint, Defendant is without

21  sufficient knowledge or information to form a belief as to the truth of the

22  allegations contained in said paragraph, and on that basis denies each and every

23  allegation contained therein.

24      32.    Answering Paragraph 32 of the Complaint, Defendant is without

25  sufficient knowledge or information to form a belief as to the truth of the

26  allegations contained in said paragraph, and on that basis denies each and every

27  allegation contained therein.

28

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

33.     Answering Paragraph 33 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## JURISDICTION

34.     Answering Paragraph 34 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

35.     Answering Paragraph 35 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

36.     Answering Paragraph 36 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

37.     Answering Paragraph 37 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

38.     Answering Paragraph 38 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

39.     Answering Paragraph 39 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## **FACTUAL BACKGROUND**

40.   In response to Paragraph 40 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

41.   In response to Paragraph 41 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

42.   In response to Paragraph 42 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

43.   In response to Paragraph 43 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

44.     In response to Paragraph 44 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

45.     In response to Paragraph 45 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

46.     In response to Paragraph 46 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

47.     In response to Paragraph 47 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

48.    In response to Paragraph 48 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

49.    In response to Paragraph 49 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

50.    In response to Paragraph 50 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

51.    In response to Paragraph 51 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

52.     In response to Paragraph 52 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

53.     In response to Paragraph 53 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

54.     In response to Paragraph 54 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

55.     In response to Paragraph 55 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

56.     In response to Paragraph 56 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

57.     In response to Paragraph 57 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

58.     In response to Paragraph 58 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

59.     In response to Paragraph 59 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

60.     In response to Paragraph 60 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

61.     In response to Paragraph 61 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

62.     In response to Paragraph 62 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

63.     In response to Paragraph 63 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

64.     In response to Paragraph 64 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

65.     In response to Paragraph 65 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

66.     In response to Paragraph 66 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

67.     In response to Paragraph 67 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

68.     In response to Paragraph 68 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

69.     In response to Paragraph 69 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

70.     In response to Paragraph 70 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

71.     In response to Paragraph 71 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

72.   In response to Paragraph 72 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

73.   In response to Paragraph 73 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

74.   In response to Paragraph 74 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

75.   In response to Paragraph 75 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

76.     In response to Paragraph 76 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

77.     In response to Paragraph 77 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

78.     In response to Paragraph 78 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

79.     In response to Paragraph 79 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

80.    In response to Paragraph 80 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

81.    In response to Paragraph 81 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

82.    In response to Paragraph 82 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

83.    In response to Paragraph 83 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

84.     In response to Paragraph 84 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

85.     In response to Paragraph 85 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

86.     In response to Paragraph 86 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

87.     In response to Paragraph 87 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

88.     In response to Paragraph 88 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

89.     In response to Paragraph 89 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

90.     In response to Paragraph 90 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

91.     In response to Paragraph 91 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

92.     In response to Paragraph 92 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

93.     In response to Paragraph 93 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

94.     In response to Paragraph 94 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

95.     In response to Paragraph 95 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

96.   In response to Paragraph 96 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

97.   In response to Paragraph 97 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

98.   In response to Paragraph 98 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

99.   In response to Paragraph 99 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

100.   In response to Paragraph 100 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

101.   In response to Paragraph 101 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

102.   In response to Paragraph 102 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

103.   In response to Paragraph 103 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

104.    In response to Paragraph 104 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

105.    In response to Paragraph 105 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

106.    In response to Paragraph 106 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

107.    In response to Paragraph 107 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

108.   In response to Paragraph 108 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

109.   In response to Paragraph 109 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

110.   In response to Paragraph 110 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

111.   In response to Paragraph 111 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

112.   In response to Paragraph 112 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

113.   In response to Paragraph 113 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

114.   In response to Paragraph 114 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

115.   In response to Paragraph 115 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

116.   In response to Paragraph 116 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

117.   In response to Paragraph 117 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

118.   In response to Paragraph 118 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

119.   In response to Paragraph 119 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

120.   In response to Paragraph 120 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

121.   In response to Paragraph 121 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

122.   In response to Paragraph 122 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

123.   In response to Paragraph 123 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

124.   In response to Paragraph 124 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

125.   In response to Paragraph 125 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

126.   In response to Paragraph 126 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

127.   In response to Paragraph 127 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

128.   In response to Paragraph 128 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

129.   In response to Paragraph 129 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

130.   In response to Paragraph 130 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

131.   In response to Paragraph 131 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

132.   In response to Paragraph 132 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

133.   In response to Paragraph 133 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

134.   In response to Paragraph 134 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

135.   In response to Paragraph 135 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

136.   In response to Paragraph 136 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

137.   In response to Paragraph 137 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

138.   In response to Paragraph 138 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

139.   In response to Paragraph 139 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

140.   In response to Paragraph 140 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

141.   In response to Paragraph 141 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

142.   In response to Paragraph 142 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

143.   In response to Paragraph 143 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

144.   In response to Paragraph 144 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

145.   In response to Paragraph 145 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

146.   In response to Paragraph 146 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

147.   In response to Paragraph 147 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

148.   In response to Paragraph 148 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

149.   In response to Paragraph 149 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

150.   In response to Paragraph 150 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

151.   In response to Paragraph 151 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

152.   In response to Paragraph 152 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

153.   In response to Paragraph 153 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

154.   In response to Paragraph 154 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

155.   In response to Paragraph 155 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

156.   In response to Paragraph 156 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

157.   In response to Paragraph 157 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

158.   In response to Paragraph 158 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

159.   In response to Paragraph 159 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

160.   In response to Paragraph 160 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

161.   In response to Paragraph 161 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

162.   In response to Paragraph 162 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

163.   In response to Paragraph 163 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

164.   In response to Paragraph 164 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

165.   In response to Paragraph 165 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

166.   In response to Paragraph 166 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

167.   In response to Paragraph 167 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

168.   In response to Paragraph 168 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

169.   In response to Paragraph 169 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

170.   In response to Paragraph 170 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

171.   In response to Paragraph 171 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

172.   In response to Paragraph 172 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

173.   In response to Paragraph 173 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

174.   In response to Paragraph 174 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

175.   In response to Paragraph 175 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

176.   In response to Paragraph 176 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

177.   In response to Paragraph 177 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

178.   In response to Paragraph 178 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

179.   In response to Paragraph 179 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

180.   In response to Paragraph 180 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

181.   In response to Paragraph 181 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

182.   In response to Paragraph 182 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

183.   In response to Paragraph 183 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

184.   In response to Paragraph 184 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

185.   In response to Paragraph 185 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

186.   In response to Paragraph 186 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

187.   In response to Paragraph 187 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

188.   In response to Paragraph 188 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

189.   In response to Paragraph 189 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

190.   In response to Paragraph 190 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

191.   In response to Paragraph 191 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

192.   In response to Paragraph 192 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

193.   In response to Paragraph 193 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

194.   In response to Paragraph 194 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

195.   In response to Paragraph 195 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

196.   In response to Paragraph 196 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

197.   In response to Paragraph 197 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

198.   In response to Paragraph 198 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

199.   In response to Paragraph 199 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

200.   In response to Paragraph 200 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

201.   In response to Paragraph 201 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

202.   In response to Paragraph 202 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

203.   In response to Paragraph 203 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

204.   In response to Paragraph 204 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

205.   In response to Paragraph 205 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

206.   In response to Paragraph 206 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

207.   In response to Paragraph 207 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

208.   In response to Paragraph 208 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

209.   In response to Paragraph 209 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

210.   In response to Paragraph 210 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

211.   In response to Paragraph 211 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

212.   In response to Paragraph 212 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

213.   In response to Paragraph 213 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

214.   In response to Paragraph 214 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

215.   In response to Paragraph 215 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

216.   In response to Paragraph 216 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

217.   In response to Paragraph 217 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

218.   In response to Paragraph 218 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

219.   In response to Paragraph 219 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

220.   In response to Paragraph 220 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

221.   In response to Paragraph 221 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

222.   In response to Paragraph 222 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

223.   In response to Paragraph 223 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

224.   In response to Paragraph 224 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

225.   In response to Paragraph 225 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

226.   In response to Paragraph 226 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

227.   In response to Paragraph 227 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

228.   In response to Paragraph 228 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

229.   In response to Paragraph 229 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

230.   In response to Paragraph 230 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

231.   In response to Paragraph 231 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

232.   In response to Paragraph 232 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

233.   In response to Paragraph 233 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

234.   In response to Paragraph 234 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

235.   In response to Paragraph 235 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

236.   In response to Paragraph 236 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

237.   In response to Paragraph 237 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

238.   In response to Paragraph 238 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

239.   In response to Paragraph 239 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

240.   In response to Paragraph 240 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

241.   In response to Paragraph 241 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

242.   In response to Paragraph 242 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

243.   In response to Paragraph 243 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

244.   In response to Paragraph 244 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

245.   In response to Paragraph 245 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

246.   In response to Paragraph 246 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

247.   In response to Paragraph 247 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

248.   In response to Paragraph 248 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

249.   In response to Paragraph 249 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

250.   In response to Paragraph 250 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

251.   In response to Paragraph 251 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

252.   In response to Paragraph 252 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

253.   In response to Paragraph 253 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

254.   In response to Paragraph 254 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

255.   In response to Paragraph 255 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

256.   In response to Paragraph 256 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

257.   In response to Paragraph 257 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## FIRST CAUSE OF ACTION
## RACKETEERING
## 18 U.S.C. § 1962(c)

258.   Defendant refers to and herein incorporates by this reference each and every preceding paragraph as though fully set forth herein.

259.   In response to Paragraph 259 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

260. In response to Paragraph 260 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

261. In response to Paragraph 261 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

262. In response to Paragraph 262 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

263. In response to Paragraph 263 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

264.   In response to Paragraph 264 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

265.   In response to Paragraph 265 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

266.   In response to Paragraph 266 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

267.   In response to Paragraph 267 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

268.   In response to Paragraph 268 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

269.   In response to Paragraph 269 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

270.   In response to Paragraph 270 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

271.   In response to Paragraph 271 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

272.   In response to Paragraph 272 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

273.   In response to Paragraph 273 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

274.   In response to Paragraph 274 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

275.   In response to Paragraph 275 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

1  assert and assertion of his privilege against self-incrimination shall not be deemed
2  or considered an admission of any allegation therein.

3      276.   In response to Paragraph 276 of the Complaint, Defendant asserts his
4  privilege against self-incrimination that is guaranteed by the Fifth Amendment of
5  the United States Constitution, Article I Section 15 of the California Constitution,
6  and California Evidence Code section 940. On that basis, Defendant declines to
7  respond to each and every allegation therein. Moreover, Defendant's right to
8  assert and assertion of his privilege against self-incrimination shall not be deemed
9  or considered an admission of any allegation therein.

10      277.   In response to Paragraph 277 of the Complaint, Defendant asserts his
11  privilege against self-incrimination that is guaranteed by the Fifth Amendment of
12  the United States Constitution, Article I Section 15 of the California Constitution,
13  and California Evidence Code section 940. On that basis, Defendant declines to
14  respond to each and every allegation therein. Moreover, Defendant's right to
15  assert and assertion of his privilege against self-incrimination shall not be deemed
16  or considered an admission of any allegation therein.

17      278.   In response to Paragraph 278 of the Complaint, Defendant asserts his
18  privilege against self-incrimination that is guaranteed by the Fifth Amendment of
19  the United States Constitution, Article I Section 15 of the California Constitution,
20  and California Evidence Code section 940. On that basis, Defendant declines to
21  respond to each and every allegation therein. Moreover, Defendant's right to
22  assert and assertion of his privilege against self-incrimination shall not be deemed
23  or considered an admission of any allegation therein.

24      279.   In response to Paragraph 279 of the Complaint, Defendant asserts his
25  privilege against self-incrimination that is guaranteed by the Fifth Amendment of
26  the United States Constitution, Article I Section 15 of the California Constitution,
27  and California Evidence Code section 940. On that basis, Defendant declines to
28  respond to each and every allegation therein. Moreover, Defendant's right to

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

280.   In response to Paragraph 280 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

281.   In response to Paragraph 281 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## SECOND CAUSE OF ACTION
## CONSPIRACY TO COMMIT RACKETEERING
## 18 U.S.C. § 1962(d)

282.   Defendant refers to and herein incorporates by this reference each and every preceding paragraph as though fully set forth herein.

283.   In response to Paragraph 283 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

284.   In response to Paragraph 284 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

285.   In response to Paragraph 285 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

286.   In response to Paragraph 286 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

287.   In response to Paragraph 287 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

288.   In response to Paragraph 288 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## THIRD CAUSE OF ACTION
## RECEIPT OF STOLEN PROPERTY
### Cal. Penal Code § 496(c)

289.   Defendant refers to and herein incorporates by this reference each and every preceding paragraph as though fully set forth herein.

290.   In response to Paragraph 290 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

291.   In response to Paragraph 291 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

292.   In response to Paragraph 292 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

293.   In response to Paragraph 293 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

294.   In response to Paragraph 294 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

295.   In response to Paragraph 295 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

296.   In response to Paragraph 296 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

297.   In response to Paragraph 297 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

298.   In response to Paragraph 298 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

299.   In response to Paragraph 299 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

**FOURTH CAUSE OF ACTION**

**AIDING AND ABETTING CONCEALMENT OF STOLEN PROPERTY**

**Cal. Penal Code § 496(c)**

300.   Defendant refers to and herein incorporates by this reference each and every preceding paragraph as though fully set forth herein.

301.   In response to Paragraph 301 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

302.   In response to Paragraph 302 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

303.   In response to Paragraph 303 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

304.   In response to Paragraph 304 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

305.   In response to Paragraph 305 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## FIFTH CAUSE OF ACTION
## **MONEY HAD AND RECEIVED**

306.   Defendant does not answer the allegations in Paragraph 306, as these allegations are not directed against Defendant.

307.   Defendant does not answer the allegations in Paragraph 307, as these allegations are not directed against Defendant.

308.   Defendant does not answer the allegations in Paragraph 308, as these allegations are not directed against Defendant.

309.   Defendant does not answer the allegations in Paragraph 309, as these allegations are not directed against Defendant.

310.   Defendant does not answer the allegations in Paragraph 310, as these allegations are not directed against Defendant.

311.   Defendant does not answer the allegations in Paragraph 311, as these allegations are not directed against Defendant.

312.   Defendant does not answer the allegations in Paragraph 312, as these allegations are not directed against Defendant.

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

313.   Defendant does not answer the allegations in Paragraph 313, as these allegations are not directed against Defendant.

314.   Defendant does not answer the allegations in Paragraph 314, as these allegations are not directed against Defendant.

315.   Defendant does not answer the allegations in Paragraph 315, as these allegations are not directed against Defendant.

316.   Defendant does not answer the allegations in Paragraph 316, as these allegations are not directed against Defendant.

**SIXTH CAUSE OF ACTION**

**<u>CONVERSION</u>**

317.   Defendant refers to and herein incorporates by this reference each and every preceding paragraph as though fully set forth herein.

318.   In response to Paragraph 318 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

319.   In response to Paragraph 319 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

320.   In response to Paragraph 320 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

321.   In response to Paragraph 321 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

322.   In response to Paragraph 322 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

323.   In response to Paragraph 323 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

324.   In response to Paragraph 324 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

325.   In response to Paragraph 325 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

326.   In response to Paragraph 326 of the Complaint, Defendant asserts his privilege against self-incrimination that is guaranteed by the Fifth Amendment of the United States Constitution, Article I Section 15 of the California Constitution, and California Evidence Code section 940. On that basis, Defendant declines to respond to each and every allegation therein. Moreover, Defendant's right to assert and assertion of his privilege against self-incrimination shall not be deemed or considered an admission of any allegation therein.

## SEVENTH CAUSE OF ACTION

## UNLAWFUL AND UNFAIR BUSINESS PRACTICE

### Cal. Bus. & Prof. Code § 17200 *et seq.*

327.   Defendant does not answer the allegations in Paragraph 327, as these allegations are not directed against Defendant.

328.   Defendant does not answer the allegations in Paragraph 328, as these allegations are not directed against Defendant.

329.   Defendant does not answer the allegations in Paragraph 329, as these allegations are not directed against Defendant.

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

330.   Defendant does not answer the allegations in Paragraph 330, as these allegations are not directed against Defendant.

331.   Defendant does not answer the allegations in Paragraph 331, as these allegations are not directed against Defendant.

332.   Defendant does not answer the allegations in Paragraph 332, as these allegations are not directed against Defendant.

333.   Defendant does not answer the allegations in Paragraph 333, as these allegations are not directed against Defendant.

334.   Defendant does not answer the allegations in Paragraph 334, as these allegations are not directed against Defendant.

335.   Defendant does not answer the allegations in Paragraph 335, as these allegations are not directed against Defendant.

336.   Defendant does not answer the allegations in Paragraph 336, as these allegations are not directed against Defendant.

337.   Defendant does not answer the allegations in Paragraph 337, as these allegations are not directed against Defendant.

## EIGHTH CAUSE OF ACTION

## CONSUMERS LEGAL REMEDIES ACT

### Cal. Bus. & Prof. Code § 1780

338.   Defendant does not answer the allegations in Paragraph 338, as these allegations are not directed against Defendant.

339.   Defendant does not answer the allegations in Paragraph 339 as these allegations are not directed against Defendant.

340.   Defendant does not answer the allegations in Paragraph 340, as these allegations are not directed against Defendant.

341.   Defendant does not answer the allegations in Paragraph 341, as these allegations are not directed against Defendant.

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

342.   Defendant does not answer the allegations in Paragraph 342, as these allegations are not directed against Defendant.

343.   Defendant does not answer the allegations in Paragraph 343, as these allegations are not directed against Defendant.

344.   Defendant does not answer the allegations in Paragraph 344, as these allegations are not directed against Defendant.

345.   Defendant does not answer the allegations in Paragraph 345, as these allegations are not directed against Defendant.

346.   Defendant does not answer the allegations in Paragraph 346, as these allegations are not directed against Defendant.

347.   Defendant does not answer the allegations in Paragraph 347, as these allegations are not directed against Defendant.

348.   Defendant does not answer the allegations in Paragraph 348, as these allegations are not directed against Defendant.

349.   Defendant does not answer the allegations in Paragraph 349, as these allegations are not directed against Defendant.

350.   Defendant does not answer the allegations in Paragraph 350, as these allegations are not directed against Defendant.

## NINTH CAUSE OF ACTION

## DECEIT

Defendant does not answer the allegations in Paragraph 351, as these allegations are not directed against Defendant.

351.   Defendant does not answer the allegations in Paragraph 352, as these allegations are not directed against Defendant.

352.   Defendant does not answer the allegations in Paragraph 353, as these allegations are not directed against Defendant.

353.   Defendant does not answer the allegations in Paragraph 354, as these allegations are not directed against Defendant.

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

354. Defendant does not answer the allegations in Paragraph 355, as these allegations are not directed against Defendant.

355. Defendant does not answer the allegations in Paragraph 356, as these allegations are not directed against Defendant.

356. Defendant does not answer the allegations in Paragraph 357, as these allegations are not directed against Defendant.

**TENTH CAUSE OF ACTION**

**DECEIT**

357. Defendant does not answer the allegations in Paragraph 358, as these allegations are not directed against Defendant.

358. Defendant does not answer the allegations in Paragraph 359, as these allegations are not directed against Defendant.

359. Defendant does not answer the allegations in Paragraph 360, as these allegations are not directed against Defendant.

360. Defendant does not answer the allegations in Paragraph 361, as these allegations are not directed against Defendant.

361. Defendant does not answer the allegations in Paragraph 362, as these allegations are not directed against Defendant.

362. Defendant does not answer the allegations in Paragraph 363, as these allegations are not directed against Defendant.

**<u>Affirmative Defenses</u>**

Without assuming the burden of proof as to any matter on which Plaintiff bears such burden, and without waiving any of the specific denials set forth in the answers above, Defendant states and alleges the following additional affirmative defenses:

**First Affirmative Defense**

(Actions of Others)

Defendant is not liable for any damages created by any other parties or

83

1    entities, including third-parties and other defendants.

2                        **Second Affirmative Defense**

3                            (Indispensable Parties)

4          Indispensable parties have not been joined and it is necessary for these

5    absent parties to be joined in order to obtain a just and final adjudication of all

6    matters alleged in the Complaint.

7                         **Third Affirmative Defense**

8                            (No Vicarious Liability)

9          Plaintiff is not vicariously liable for any of the acts or omissions by any

10   other party, including his employer Girardi & Keese and/or Thomas V. Girardi.

11                       **Fourth Affirmative Defense**

12                                (Indemnity)

13         Defendant is entitled to indemnification from Girardi & Keese and/or

14   Thomas V. Girardi pursuant to applicable laws, including California Labor Code

15   section 2802.

16                        **Fifth Affirmative Defense**

17                           (Double Recovery Sought)

18         Plaintiff's claims fail because they seek double recovery.

19                        **Sixth Affirmative Defense**

20                    (Failure to Plead Fraud with Particularity)

21         Plaintiff fails to allege or plead fraud with particularity.

22                       **Seventh Affirmative Defense**

23                            (Failure to Mitigate)

24         Plaintiff's claims are barred in whole or in part because Plaintiff failed to

25   mitigate its damages, if any.

26                       **Eighth Affirmative Defense**

27                          (Failure to State a Claim)

28         The Complaint fails to state any claim upon which relief may be granted

                                     84

against the Defendant.

## Ninth Affirmative Defense

### (Estoppel)

Plaintiff's claims are barred in whole or in part by the doctrine of estoppel.

## Tenth Affirmative Defense

### (Waiver)

Plaintiff's claims are barred in whole or in part by the doctrine of waiver.

## Eleventh Affirmative Defense

### (Unclean Hands)

Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands.

## Twelfth Affirmative Defense

### (Laches)

Plaintiff's claims are barred in whole or in part by the doctrine of laches.

## Thirteenth Affirmative Defense

### (Ambiguous and Uncertain)

The Complaint, and each claim for relief stated therein, is ambiguous and uncertain.

## Fourteenth Affirmative Defense

### (Statute of Limitations)

Plaintiff's claims are barred by the statute of limitations.

## Fifteenth Affirmative Defense

### (Contributory Fault of Plaintiff)

The acts, conduct and/or omissions of Plaintiff legally caused any damages alleged in the Complaint, which damages are denied herein, and Defendant has no liability to Plaintiff, or in the alternative, Defendant is liable only in an amount equal to its proportionate fault, if any fault is found.

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

### Sixteenth Affirmative Defense

(Venue)

Venue in this matter is improper.

### Seventeenth Affirmative Defense

(Punitive Damages – Procedural Due Process)

Plaintiff's Complaint violates Defendant's right to procedural due process under the Fourteenth Amendment of the United States Constitution and under the Constitution of the State of California and therefore fails to state a cause of action for which punitive or exemplary damages may be awarded.

### Eighteenth Affirmative Defense

(Punitive Damages — Substantive Due Process)

Plaintiff's Complaint violates Defendant's right to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution and the Constitution of the State of California, and therefore fails to state a cause of action for which punitive or exemplary damages may be awarded.

### Nineteenth Affirmative Defense

(Lack of Standing)

Plaintiff lacks standing to pursue its claims.

### Twentieth Affirmative Defense

(Lack of Privity)

There is no contractual relationship between the Plaintiff and Defendant.

### Twenty-First Affirmative Defense

(Insufficient Consideration)

The contracts at issue are invalid or unenforceable because there was insufficient consideration.

### Twenty-Second Affirmative Defense

(Invalid or Unenforceable Contract)

The contracts at issue are invalid or unenforceable because they are unlawful.

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

**Twenty-Third Affirmative Defense**

(Additional Defenses)

Defendant reserves the right to rely upon any and all other future defenses which become available or appear during discovery in this proceeding and hereby specifically reserves the right to amend this answer for the purposes of asserting any such affirmative defenses.

**<u>Prayer for Relief</u>**

WHEREFORE, the Defendant prays as follows:

1.     A judgment in favor of Defendant denying Plaintiff all relief requested in its Complaint in this action and dismissing Plaintiff's Complaint with prejudice as against Defendant;

2.     That Defendant be awarded his costs of suit, including reasonable attorney's fees, to the extent allowed by law or applicable rules; and

3.     That the Court award Defendant such other and further relief as the Court deems just and proper.

DATED: January 11, 2023          ATTORNEYS FOR CHRISTOPHER KAMON


By:  /s/ Steven D. Park
     Steven D. Park
     Vincent F. Tremonti
     PARK LAWLESS & TREMONTI LLP
     555 West Fifth Street, 35th Floor
     Los Angeles, CA 90013
     Telephone:      (213) 640-3770
     Facsimile:      (213) 640-3015

     Damian J. Martinez
     ATKINSON, ANDELSON, LOYA,
     RUUD & ROMO
     201 S Lake Avenue, Suite 300
     Pasadena, CA 91101-4811
     Telephone:      (626) 583-8600
     Facsimile:      (626) 583-8610

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT

## **REQUEST FOR JURY TRIAL**

Defendant requests a jury trial for all issues so triable.

DATED: January 11, 2023

ATTORNEYS FOR CHRISTOPHER KAMON

By: /s/ Steven D. Park
Steven D. Park
Vincent F. Tremonti
PARK LAWLESS & TREMONTI LLP
555 West Fifth Street, 35th Floor
Los Angeles, CA 90013
Telephone:     (213) 640-3770
Facsimile:     (213) 640-3015

Damian J. Martinez
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
201 S Lake Avenue, Suite 300
Pasadena, CA 91101-4811
Telephone:     (626) 583-8600
Facsimile:     (626) 583-8610

DEFENDANT CHRISTOPHER KAMON'S ANSWER TO COMPLAINT