Richard M. Scherer, Jr., Esq. (*pro hac vice*)
LIPPES MATHIAS LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 853-5100
Facsimile: (716) 853-5199
Email: rscherer@lippes.com

Jeff W. Poole, Esq. (SBN 291783)
HAMRICK & EVANS, LLP
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Telephone: (818) 763-5292
Facsimile: (818) 763-2308
Email: jpoole@hamricklaw.com

*Attorneys for Defendant Joseph DiNardo*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDELSON PC, an Illinois Professional Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID LIRA, an individual,<br>KEITH GRIFFIN, an individual,<br>ERIKA GIRARDI a/k/a ERIKA JANE, an individual,<br>EJ GLOBAL LLC, a California limited liability company,<br>CHRISTOPHER KAMON, an individual,<br>GEORGE HATCHER, an individual,<br>WRONGFUL DEATH CONSULTANTS, a California corporation,<br>JOSEPH DINARDO, an individual,<br>CALIFORNIA ATTORNEY LENDING, II, INC., a New York corporation,<br><br>    Defendants. | Case No.: CV 22-8787-JFK (MAA)<br>(Before the Hon. John F. Walter)<br><br>**DEFENDANT JOSEPH DINARDO'S REQUEST FOR JUDICIAL NOTICE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Joseph DiNardo ("DiNardo") respectfully requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201(b) and the Court's inherent powers, of the Exhibits A & B, described below, as well as the contents thereof.

This request is made in support of DiNardo's Motion to Dismiss, which has been filed contemporaneously with this Request. In consideration of DiNardo's Motion to Dismiss, this Court may take judicial notice of the Exhibits described below pursuant to Federal Rule of Evidence 201. Rule 201(b) permits courts to notice an adjudicative fact if it is "not subject to reasonable dispute." Fed. R. Evid. 201(b). A fact is "not subject to reasonable dispute" if it is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2).

This Court may take judicial notice of matters of public record. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018). In the context of a motion to dismiss, "courts may take into account 'documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading.'" *Davis v. HSBC Bank Nevada, N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012) (internal citations omitted). Moreover, the Court

- 1 -
**DEFENDANT JOSEPH DINARDO'S REQUEST FOR JUDICIAL NOTICE**

may take judicial notice of public records outside the pleadings without converting the motion to dismiss into a motion for summary judgment. *See MGIC Indem. Corp. v. Weisman,* 803 F.2d 500, 504 (9th Cir. 1986); *Hsieh v. FCA US LLC*, 440 F. Supp. 3d 1157, 1160–61 (S.D. Cal. 2020).

In support of its motion to dismiss, DiNardo submits as **EXHIBIT A**, an assignment agreement that was filed in the matter of *Chandra v. The Boeing International Sales Corporation,* United States District Court, Northern District of Illinois, Case No. 1:18-cv-07686. This filing is a matter of public record.

DiNardo also submits as **EXHIBIT B,** a Joint Stipulation for Use in Contempt Proceedings Regarding Payment of Settlement Funds that was also filed in the matter of *Chandra v. The Boeing International Sales Corporation*, United States District Court, Northern District of Illinois, Case No. 1:18-cv-07686. This filing is a matter of public record.

Defendant Joseph DiNardo respectfully requests that this Court take judicial notice of Exhibits A and B when considering its motion to dismiss.

DATED: January 23, 2023

**LIPPES MATHIAS LLP**

*s/ Richard M. Scherer, Jr.*
Richard M. Scherer, Jr., Esq. (*pro hac vice*)

And

**HAMRICK & EVANS, LLP**

Jeff W. Poole, Esq. (SBN 291783)

*Attorneys for Defendant Joseph DiNardo*