1  Anthony L. Lanza (Bar No. 156703)
2  Brodie H. Smith (Bar No. 221877)
   LANZA & SMITH
3  A Professional Law Corporation
   3 Park Plaza, Suite 1650
4  Irvine, California 92614-8540
5  Telephone (949) 221-0490
   tony@lanzasmith.com
6  brodie@lanzasmith.com

7
8  Attorneys for George Hatcher
   & Wrongful Death Consultants

9
10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  EDELSON PC, an Illinois Professional corporation, | Case No.: 2:22-cv-08787-JFW (MAAx) |
| 14  Plaintiffs, | Honorable John F. Walter |
| 15  vs. | **DECLARATION OF GEORGE HATCHER IN SUPPORT OF MOTION TO "CLAW BACK" INADVERTENTLY PRODUCED PRIVILEGED MATERIAL** |
| 16  DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation, Defendants. | Complaint Filed: July 6, 2022 |

1
DECLARATION OF GEORGE HATCHER

X:\D\767-01\Pleadings\Decl of Hatcher ISO Claw Back Motion.docx

I, George Hatcher, hereby declare and state as follows:

1. I am a defendant in this action. I am also principal of defendant Wrongful Death Consultants. My counsel of record in this matter is Lanza & Smith. The facts set forth below are known to me of my own personal knowledge, and if called upon to testify to them, I could and would competently do so.

2. I am now familiar with the content of the former Dkt. No. 44 in this action, including the embedded "comments." I created the embedded Comments so that I could use them to communicate with legal counsel regarding this case. The comments were specifically made and inserted into the PDF document for purposes of legal advice and representation in this case. I have never shown those comments to anyone other than legal counsel, and I have maintained their confidentiality.

3. The Comments embedded in the former Dkt. 44 are attorney-client privileged. I meant them to be confidential comments, exchanged only between me and legal counsel. At no time did I authorize a waiver of the privilege.

I declare, under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of January, 2023, in Arcadia, California.

_____
George Hatcher