EVAN C. BORGES, State Bar No. 128706
  EBorges@GGTrialLaw.com
DAVID T. SHACKELFORD, State Bar No. 318149
  Dshackelford@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendants Erika Girardi
and EJ Global, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>Defendants. | Case No. 2:22-cv-08787-JFW-MAA<br><br>**NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION GRANTING DEFENDANTS ERIKA GIRARDI AND EJ GLOBAL, LLC'S MOTION TO DISMISS**<br><br>**Hearing**<br>Date:       February 27, 2023<br>Time:       1:30 p.m.<br>Courtroom:       7A<br><br>Hon. John F. Walter<br><br>Complaint Filed: July 6, 2022<br><br>Action Transferred to Central District: December 5, 2022<br><br>Trial Date:       March 26, 2024 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Erika Girardi and EJ Global, LLC hereby lodge the attached *[Proposed] Statement of Decision Granting Defendant Erika Girardi and EJ Global, LLC's Motion to Dismiss*.

DATED: February 15, 2023         GREENBERG GROSS LLP

By: _/s/ Evan C. Borges_
Evan C. Borges
David T. Shackelford
Attorneys for Defendants Erika Girardi and EJ Global, LLC

**PROOF OF SERVICE**
**Edelson PC v. David Lira, et al.**
**Case No. Case No. 2:22-cv-08787-JFW-MAA**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626.

On February 15, 2023, I served true copies of the following document(s) described as **NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION GRANTING DEFENDANTS ERIKA GIRARDI AND EJ GLOBAL, LLC'S MOTION TO DISMISS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 15, 2023, at Costa Mesa, California.

_____
Cheryl Winsten

**SERVICE LIST**
**Edelson PC v. David Lira, et al.**
**Case No. 2:22-cv-08787-JFW-MAA**

| | |
|---|---|
| Rafey S. Balabanian, Esq.<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 212-9300<br>Facsimile: (415) 373-9435<br>Email:      rbalabanian@edelson.com | Attorneys for Plaintiff Edelson PC |
| Alexander Glenn Tievsky<br>J. Eli Wade-Scott<br>Jay Edelson<br>Edelson PC<br>350 North LaSalle, 14th Floor<br>Chicago, IL 60654<br>Email:      atievsky@edelson.com<br>Email:      ewadescott@edelson.com | Attorneys for Plaintiff Edelson PC |
| Walter J. Lack, Esq.<br>Rachel M. Lannen, Esq.<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Boulevard, 12th Floor Los Angeles, CA 90067-4113<br>Tel: (310) 552-3800<br>Fax: (310) 552-9434<br>Email:      wlack@elllaw.com<br>Email:      rlannen@elllaw.com | Attorneys for Defendant David Lira |
| Jeff Wiley Poole<br>Hamrick & Evans LLP<br>2600 West Olive Avenue, Suite 1020<br>Burbank, CA 91505<br>Email:      jpoole@hamricklaw.com | Attorneys for Defendant Joseph DiNardo |
| Richard M. Scherer, Jr.<br>Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY 14202<br>Email:      rscherer@lippes.com | Attorneys for Defendant Joseph DiNardo |
| Anthony L. Lanza<br>Brodie H. Smith<br>LANZA & SMITH<br>A Professional Law Corporation<br>3 Park Plaza, Suite 1650<br>Irvine, California 92614-8540<br>Email:      tony@lanzasmith.com<br>Email:      brodie@lanzasmith.com | Attorneys for Defendants George Hatcher & Wrongful Death Consultants |

-4-

Case No. 2:22-cv-08787-JFW-MAA

NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION GRANTING DEFENDANTS ERIKA GIRARDI AND EJ GLOBAL, LLC'S MOTION TO DISMISS

| | |
|---|---|
| Sean Eric Ponist<br>Ponist Law Group, P.C.<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Email:    sponist@ponistlaw.com' | Attorneys for Defendant<br>California Attorney Lending II,<br>Inc. |
| William F. Savino<br>Woods Oviatt Gilman LLP<br>1900 Main Place Tower<br>350 Main Street<br>Buffalo, NY 14202<br>Email    wsavino@woodsoviatt.com | Attorneys for Defendant<br>California Attorney Lending II,<br>Inc. |
| William E Brueckner, III<br>Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604<br>Email:    wbrueckner@woodsoviatt.com | Attorneys for Defendant<br>California Attorney Lending II,<br>Inc. |

The following are those who are currently on the list to receive ECF notices for this case.

- **Daniel David McDonough Abraham**
  sparky@jubilee.legal

- **Rafey S Balabanian**
  rbalabanian@edelson.com,5926930420@filings.docketbird.com,docket@edelson.com

- **Evan Christopher Borges**
  eborges@ggtriallaw.com,cwinsten@ggtriallaw.com

- **William E. Brueckner, III**
  wbrueckner@woodsoviatt.com

- **Jay Edelson**
  jedelson@edelson.com

- **Hannah Hilligoss**
  hhilligoss@edelson.com

- **Walter John Lack**
  wlack@elllaw.com

- **Rachel Marilyn Lannen**
  rlannen@elllaw.com

- **Anthony L. Lanza**
  tony@lanzasmith.com,leona@lanzasmith.com

- **Damian J Martinez**
  damian.martinez@aalrr.com,Julissa.Ruiz@aalrr.com

- **Steven D Park**
  spark@parklawless.com,presendez@parklawless.com,jlawless@parklawless.com

- **Sean E Ponist**
  sponist@ponistlaw.com,syu@ponistlaw.com

- **Jeff W. Poole**
  jpoole@hamricklaw.com,ilohr-schmidt@hamricklaw.com,CAbella@hamricklaw.com,efiling@hamricklaw.com,pliscano@hamricklaw.com,sjustice@hamricklaw.com,DItri@hamricklaw.com,GBenitez@hamricklaw.com,DRadford@hamricklaw.com

- **Ryan D Saba**
  rsaba@rosensaba.com,dsanchez@rosensaba.com

- **William F. Savino**
  wsavino@woodsoviatt.com

- **Richard M. Scherer , Jr**
  rscherer@lippes.com

- **David T Shackelford**
  DShackelford@GGTrialLaw.com,TPatton@GGTrialLaw.com

- **Amir A Shakoorian Tabrizi**
  ashakoorian@ggtriallaw.com,dvultaggio@ggtriallaw.com

- **Brodie Hugh Smith**
  brodie@lanzasmith.com,Leona@lanzasmith.com

- **Laura Kelly St Martin**
  lstmartin@rosensaba.com

- **Alexander G. Tievsky**
  atievsky@edelson.com,docket@edelson.com,3500078420@filings.docketbird.com

- **Vincent Frank Tremonti , II**
  vtremonti@parklawless.com,presendez@parklawless.com

- **J. Eli Wade-Scott**
  ewadescott@edelson.com