UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 22-8787-JFW(MAAx)**                                    Date: February 23, 2023

Title:     Edelson PC -v- David Lira, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
            None                                                                                  None

PROCEEDINGS (IN CHAMBERS):     ORDER CONTINUING HEARING ON DEFENDANT JOSEPH DINARDO'S MOTION TO DISMISS [filed 1/23/23; Docket No. 161];

ORDER CONTINUING HEARING ON DEFENDANT CALIFORNIA ATTORNEY LENDING II, INC.'S RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [filed 1/23/23; Docket No. 163];

ORDER CONTINUING HEARING ON DEFENDANTS ERIKA GIRARDI AND EJ GLOBAL, LLC'S MOTION TO DISMISS PLAINTIFF EDELSON PC'S COMPLAINT [filed 1/23/23; Docket No. 166];

ORDER CONTINUING HEARING ON DEFENDANT HATCHER AND WRONGFUL DEATH CONSULTANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. § 12(b)(6) & (7) [filed 1/23/23; Docket No. 167];

ORDER CONTINUING HEARING ON DEFENDANTS WRONGFUL DEATH CONSULTANTS' AND GEORGE HATCHER'S MOTION FOR "CLAW BACK" ORDER [filed 1/23/23; Docket No. 168];

Initials of Deputy Clerk   sr

**ORDER CONTINUING HEARING ON DEFENDANT KEITH GRIFFIN'S JOINDER IN CO-DEFENDANTS' ARGUMENTS ISSUES, AND EVIDENCE ON MOTIONS TO DISMISS [filed 1/24/23; Docket No. 171]; and**

**DENYING JOINT REQUEST TO APPEAR AT FEBRUARY 27, 2023 HEARING VIA ZOOM [filed 2/15/23; Docket No. 201]**

The Court continues the hearing on Defendant Joseph DiNardo's Motion to Dismiss, Defendant California Attorney Lending II, Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, Defendants Erika Girardi and EJ Global, LLC's Motion to Dismiss Plaintiff Edelson PC's Complaint, Defendant Hatcher and Wrongful Death Consultant's Motion to Dismiss Pursuant to Fed. R. Civ. Proc. § 12(b)(6) & (7), Defendants Wrongful Death Consultants' and George Hatcher's Motion for "Claw Back" Order, and Defendant Keith Griffin's Joinder in Co-Defendants' Arguments Issues, and Evidence on Motions to Dismiss, currently scheduled for February 27, 2023, at 1:30 p.m., to March 20, 2023, at 1:30 p.m.

The Joint Request to Appear at February 27, 2023 Hearing Via Zoom is **DENIED**.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr