Walter J. Lack, Esq. (SBN 57550)
Rachel M. Lannen, Esq. (SBN 333701)
**ENGSTROM, LIPSCOMB & LACK**
10100 Santa Monica Boulevard, 12th Floor
Los Angeles, CA 90067-4113
Tel: (310) 552-3800 / Fax: (310) 552-9434

Attorneys for Defendant,
DAVID LIRA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>           Plaintiffs,<br><br>     v.<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II., a New York corporation,<br><br>           Defendants. | Case No. 2:22-cv-08787-JFW (MAAx)<br>*Assigned to the Honorable John F. Walter*<br><br>**NOTICE OF LODING OF DEFENDANT DAVID LIRA'S [PROPOSED] STATEMENT OF DECISION GRANTING MOTION TO STAY PROCEEDINGS UNTIL RESOLUTION OF THE PARALLEL CRIMINAL PROCEEDING**<br><br>Hearing Date: March, 20, 2023<br>Time: 1:30 p.m.<br>Judge: Hon. John F. Walter<br>Courtroom: 7A |

Pursuant to the Court's December 6, 2022, Standing Order, Dkt. 113, and Local rule 5-4.4, Defendant David Lira hereby provides notice of lodging of his proposed statement of decision for his Motion to Stay Proceedings Until Resolution of the Parallel Criminal Proceeding.

Dated: March 08, 2023          ENGSTROM, LIPSCOMB & LACK

By: _____
  WALTER J. LACK, ESQ.
  RACHEL M. LANNEN, ESQ
  Attorneys for Defendant David Lira

458250

2

**NOTICE OF LODING OF [PROPOSED] STATEMENT OF DECISION GRANTING DEFENDANT DAVID LIRA'S NOTICE OF MOTION: Case No. 2:22-cv-08787-JFW (MAAx)**

# SERVICE LIST

*EDELSON PC, v. DAVID LIRA et al.*

Case No. 3:22-cv-03977-SK

| | |
|---|---|
| Rafey S. Balabanian, Esq.<br>**EDELSON PC**<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 212-9300<br>Facsimile: (415) 373-9435<br>Email: rbalabanian@edelson.com | Counsel for Plaintiff Edelson PC |
| Alexander Glenn Tievsky<br>J. Eli Wade- Scott<br>Jay Edelson<br>**Edelson PC**<br>350 North LaSalle, 14th Floor<br>Chicago, IL 60654<br>atievsky@edelson.com<br>ewadescott@edelson.com<br>jedelson@edelson.com | Counsel for Plaintiff Edelson PC |
| Evan C. Borges<br>**Greenberg Gross LLP**<br>650 Town Center Drive, suite 1700<br>Costa Mesa, CA 92626<br>eborges@GGtriallaw.com<br>CWinsten@GGTrialLaw.com | Counsel for Defendants Erika Girardi aka Erika Jayne and EJ Global, LLC |
| Jeff Wiley Poole<br>**Hamrick & Evans LLP**<br>2600 West Olive Avenue, Suite 1020<br>Burbank, CA 91505<br>jpoole@hamricklaw.com | Counsel for Defendant Joseph DiNardo |
| Anthony L. Lanza | Attorneys for Defendants George |

458250

3

**NOTICE OF LODING OF [PROPOSED] STATEMENT OF DECISION GRANTING DEFENDANT DAVID LIRA'S NOTICE OF MOTION: Case No. 2:22-cv-08787-JFW (MAAx)**

| | |
|---|---|
| Brodie H. Smith<br>LANZA & SMITH<br>A Professional Law Corporation<br>3 Park Plaza, Suite 1650<br>Irvine, California 92614-8540<br>tony@lanzasmith.com<br>brodie@lanzasmith.com | Hatcher & Wrongful Death Consultants |
| Richard M. Scherer, Jr.<br>Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza, Suite<br>1700 Buffalo, NY 14202<br>rscherer@lippes.com | Counsel for Defendant Joseph DiNardo |
| Sean Eric Ponist<br>**Ponist Law Group, P.C.**<br>100 Pine Street, Suite 1250 San Francisco, CA 94111<br>sponist@ponistlaw.com | Counsel for Defendant California Attorney Lending II, Inc. |
| William F. Savino<br>**Woods Oviatt Gilman LLP**<br>1900 Main Place Tower<br>350 Main Street<br>Buffalo, NY 14202<br>wsavino@woodsoviatt.com | Counsel for Defendant California Attorney Lending II, Inc. |
| William E Brueckner, III<br>**Woods Oviatt Gilman LLP**<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604<br>wbrueckner@woodsoviatt.com | Counsel for Defendant California Attorney Lending II, Inc. |

458250                                    4

**NOTICE OF LODING OF [PROPOSED] STATEMENT OF DECISION GRANTING DEFENDANT
DAVID LIRA'S NOTICE OF MOTION: Case No. 2:22-cv-08787-JFW (MAAx)**