

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar ) ) of ) ) Judge HERNÁN D. VERA ) ) | ORDER OF THE CHIEF JUDGE **23-093** Amending Order 23-078 |

Pursuant to the recommended procedure adopted by the Court in the creation of the calendar of Judge Hernán D. Vera and Order of the Chief Judge No. 23-078 filed June 20, 2023, 2:22-cv-08787-JFW-MAAx, *Edelson PC v. David Lira et al,* was transferred from the calendar of Judge John F. Walter to the calendar of Judge Hernán D. Vera.

An Order of self-recusal by Judge Judge Hernán D. Vera having been filed July 13, 2023, 2:22-cv-08787-JFW-MAAx was returned to the calendar of Judge John F. Walter.

IT IS HEREBY ORDERED that 2:23-cv-02373-JFW-AGRx, *Susan Gradman et al v. Debra L. Duggan et al,* be transferred from the calendar of JudgeJohn F. Walter to the calendar of Judge Hernán D. Vera for all further proceedings.

On all documents subsequently filed in the case, please substitute the Judge initials HDV after the case number in place of the initials of the prior Judge.

DATED: July 14, 2023

_____
Chief Judge Philip S. Gutierrez