1 Alexander G. Tievsky (pro hac vice)
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Edelson PC*

[Additional counsel appear on the signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, and CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>*Defendants.* | Case No. 2:22-cv-08787-MWC-MAA<br><br>**JOINT STATUS REPORT** |

Plaintiff Edelson PC, Defendant David Lira, Defendant Keith Griffin, Defendant Erika Girardi, Defendant EJ Global, LLC, Defendant George Hatcher, Defendant Wrongful Death Consultants, Defendant Joseph DiNardo, and Defendant California Attorney Lending II, Inc. (the "Parties") jointly submit this Joint Report pursuant to the Court's May 19, 2025 order:

This matter was stayed on March 22, 2023 pending resolution of three parallel federal criminal cases that involve the same subject matter. (*See* Dkt. 223.) Accordingly, the status report filed by the parties on July 10, 2023 on a previous reassignment remains generally accurate. (*See* Dkt. 227.)

An update as to the status of each of the pending criminal cases follows:

**1.**    ***USA v. Kamon*, No. 2:23-cr-24 (C.D. Cal.) and**

**2.**    ***USA v. Girardi & Kamon*, No. 2:23-cr-47 (C.D. Cal.)**

Defendant Christopher Kamon entered guilty pleas in each case and was sentenced on April 11, 2025 (with an amended judgment correcting an error entered shortly thereafter). Kamon has filed notices of appeal in both cases, and the appeals remain pending.

**3.**    ***USA v. Lira & Kamon*, No. 1:23-cr-54 (N.D. Ill.)**

Defendant David Lira has pleaded not guilty. His jury trial is scheduled to begin on July 14, 2025.

Defendant Christopher Kamon has pleaded not guilty. His change of plea hearing and sentencing are scheduled to take place on July 9, 2025.

In addition to the update as to the pending criminal cases, the following provides an update to the bankruptcy of Joseph DiNardo, *In Re: Joseph DiNardo*, No. 1-23-10316-CLB (W.D.N.Y.). As set forth in the Notice of Bankruptcy (Doc. 224), on April 10, 2023, Defendant Joseph DiNardo filed a voluntary Chapter 11 bankruptcy case, in the United States Bankruptcy Court, Western District of New

York. By way of update, on October 29, 2024, the Bankruptcy Court issued an order converting this case from Chapter 11 to Chapter 7. As a result of the bankruptcy filing, all proceedings in are automatically stayed against DiNardo.

Dated: June 2, 2025                    By: /s/ Alexander G. Tievsky

        Alexander G. Tievsky (*pro hac vice*)
        atievsky@edelson.com
        Jay Edelson (*pro hac vice*)
        jedelson@edelson.com
        J. Eli Wade-Scott (*pro hac vice*)
        ewadescott@edelson.com
        Hannah P. Hilligoss *(pro hac vice)*
        hhilligoss@edelson.com
        EDELSON PC
        350 North LaSalle Street, 14th Floor
        Chicago, Illinois 60654
        Tel: 312.589.6370/Fax: 312.589.6378

        Daniel "Sparky" Abraham (SBN 299193)
        sparky@jubilee.legal
        Jubilee Legal
        536 Palm Dr.
        Oxnard, California 93030
        Tel: 805.649.0386/Fax: 805.620.7834

        *Attorneys for Plaintiff*

Dated: June 2, 2025                    By: /s/ Rachel M. Lannen

        Rachel Marilyn Lannen
        rlannen@elllaw.com
        ENGSTROM, LIPSCOMB & LACK
        11601 Wilshire Blvd, 14th Floor
        Los Angeles, CA 90025
        (310) 552−3800

|   |   |   |
|---|---|---|
| 1 |   | *Attorney for David Lira* |
| 2 |   |   |
| 3 | Dated: June 2, 2025 | By: /s/ Ryan Saba |
| 4 |   |   |
| 5 |   | Ryan Donald Saba<br>rsaba@rosensaba.com |
| 6 |   | ROSEN SABA, LLP |
| 7 |   | 2301 Rosecrans Avenue, Suite 3180<br>El Segundo, CA 90245 |
| 8 |   | (310) 285−1727<br>Fax: (310) 285−1728 |
| 9 |   |   |
| 10 |   | *Attorney for Keith Griffin* |
| 11 |   |   |
| 12 | Dated: June 2, 2025 | By: /s/ Evan C. Borges |
| 13 |   | Evan Christopher Borges |
| 14 |   | eborges@ggtriallaw.com<br>Amir Shakoorian |
| 15 |   | ashakoorian@ggtriallaw.com |
| 16 |   | David Shackelford<br>dshackelford@ggtriallaw.com |
| 17 |   | GREENBERG GROSS LLP |
| 18 |   | 650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626 |
| 19 |   | (949) 383−2800<br>Fax: (949) 383−2801 |
| 20 |   |   |
| 21 |   | *Attorneys for Erika Girardi and EJ Global, LLC* |
| 22 |   |   |
| 23 | Dated: June 2, 2025 | By: /s/ Brodie Smith |
| 24 |   |   |
| 25 |   | Anthony Lawrence Lanza<br>tony@lanzasmith.com |
| 26 |   | Brodie Hugh Smith |
| 27 |   | brodie@lanzasmith.com |
| 28 |   |   |

JOINT STATUS REPORT                3                CASE NO. 2:22-CV-08787-MWC-MAA

|    |                      |                                              |
|----|----------------------|----------------------------------------------|
| 1  |                      | LANZA & SMITH, PLC                           |
| 2  |                      | 3 Park Plaza, Ste. 1650                      |
|    |                      | Irvine, CA 92614                             |
| 3  |                      | 949−221−0490                                 |

*Attorneys for George Hatcher and Wrongful Death Consultants*

Dated: June 2, 2025                By: /s/ Richard M. Scherer, Jr.

        Jeff Wiley Poole
        jpoole@hamricklaw.com
        HAMRICK & EVANS LLP
        2600 West Olive Avenue, Suite 1020
        Burbank, CA 91505
        (818) 763−5292
        Fax: (818) 763−2308

        Richard M. Scherer , Jr.
        rscherer@lippes.com
        LIPPES MATHIAS LLP
        50 Fountain Plaza, Suite 1700
        Bufalo, NY 14202
        (716) 853−5100

*Attorneys for Joseph DiNardo*

Dated: June 2, 2025                By: /s/ William E. Brueckner

        Sean Eric Ponist
        sponist@ponistlaw.com
        PONIST LAW GROUP, P.C.
        27201 Puerta Real Suite 300
        Mission Viejo, CA 92691
        (415) 798−2222
        Fax: (888) 350−5442

        William F. Savino

wsavino@woodsoviatt.com
William E Brueckner, III
wbrueckner@woodsoviatt.com
WOODS OVIATT GILMAN LLP
1900 Main Place Tower
350 Main Street
Buffalo, NY 14202
(716) 248−3210

*Attorneys for California Attorney Lending II, Inc.*

Dated: June 2, 2025          By: /s/ Michael V. Severo

Michael V. Severo (SBN 72599)
THE SEVERO LAW FIRM
301 N. Lake Ave, Ste. 315
Pasadena, CA 91101
msevero@mvslaw.com
(626) 844-6400

*Attorneys for Christopher Kamon*

## FILER'S ATTESTATION

I, Alexander G. Tievsky, am the ECF user whose identification and password are being used to file this Joint Report. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 2, 2025          s/ Alexander G. Tievsky