Alexander G. Tievsky (pro hac vice)
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Edelson PC*

[Additional counsel appear on the signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, and CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>*Defendants.* | Case No. 2:22-cv-08787-MWC-MAA<br><br>**JOINT STATUS REPORT** |

Plaintiff Edelson PC, Defendant David Lira, Defendant Keith Griffin, Defendant Erika Girardi, Defendant EJ Global, LLC, Defendant George Hatcher, Defendant Wrongful Death Consultants, Defendant Joseph DiNardo, and Defendant California Attorney Lending II, Inc. (the "Parties") jointly submit this update as to the status of the pending criminal and bankruptcy cases pursuant to the Court's June 3, 2025 order:

1. *USA v. Kamon*, No. 2:23-cr-24 (C.D. Cal.) and

2. *USA v. Girardi & Kamon*, No. 2:23-cr-47 (C.D. Cal.)

Defendant Christopher Kamon entered guilty pleas in each case and was sentenced on April 11, 2025 (with an amended judgment correcting an error entered shortly thereafter). Kamon has filed notices of appeal in both cases, and the appeals remain pending. Opening briefs are currently due on August 18, 2025.

3. *USA v. Lira & Kamon*, No. 1:23-cr-54 (N.D. Ill.)

Defendant David Lira pleaded guilty to one count of criminal contempt of court on June 5, 2025. His sentencing is scheduled for October 8, 2025.

Kamon pleaded guilty to one count of wire fraud and was sentenced on July 14, 2025. A restitution order was entered in favor of Edelson PC in the amount of $3,069,500. Kamon's time to appeal has not yet expired.

4. *In Re: Joseph DiNardo*, No. 1:23-10316-CLB (W.D.N.Y.).

The Chapter 7 bankruptcy remains pending, and the automatic stay remains in place as to Defendant Joseph DiNardo.

Dated: August 1, 2025                    By: /s/ Alexander G. Tievsky

                                                         Alexander G. Tievsky (*pro hac vice*)
                                                         atievsky@edelson.com
                                                         Jay Edelson (*pro hac vice*)
                                                         jedelson@edelson.com

J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Hannah P. Hilligoss *(pro hac vice)*
hhilligoss@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370/Fax: 312.589.6378

Daniel "Sparky" Abraham (SBN 299193)
sparky@jubilee.legal
Jubilee Legal
536 Palm Dr.
Oxnard, California 93030
Tel: 805.649.0386/Fax: 805.620.7834

*Attorneys for Plaintiff*

Dated: August 1, 2025            By: /s/ Rachel M. Lannen

Rachel Marilyn Lannen
rlannen@elllaw.com
ENGSTROM, LIPSCOMB & LACK
11601 Wilshire Blvd, 14th Floor
Los Angeles, CA 90025
(310) 552−3800

*Attorney for David Lira*

Dated: August 1, 2025            By: /s/ Ryan Saba

Ryan Donald Saba
rsaba@rosensaba.com
ROSEN SABA, LLP
2301 Rosecrans Avenue, Suite 3180
El Segundo, CA 90245
(310) 285−1727
Fax: (310) 285−1728

|   |   |   |
|---|---|---|
| | | *Attorney for Keith Griffin* |
| Dated: August 1, 2025 | | By: /s/ Evan Borges |
| | | Evan Christopher Borges |
| | | eborges@ggtriallaw.com |
| | | Amir Shakoorian |
| | | ashakoorian@ggtriallaw.com |
| | | David Shackelford |
| | | dshackelford@ggtriallaw.com |
| | | GREENBERG GROSS LLP |
| | | 650 Town Center Drive, Suite 1700 |
| | | Costa Mesa, CA 92626 |
| | | (949) 383−2800 |
| | | Fax: (949) 383−2801 |
| | | *Attorneys for Erika Girardi and EJ Global, LLC* |
| Dated: August 1, 2025 | | By: /s/ Anthony Lanza |
| | | Anthony Lawrence Lanza |
| | | tony@lanzasmith.com |
| | | Brodie Hugh Smith |
| | | brodie@lanzasmith.com |
| | | LANZA & SMITH, PLC |
| | | 3 Park Plaza, Ste. 1650 |
| | | Irvine, CA 92614 |
| | | 949−221−0490 |
| | | *Attorneys for George Hatcher and Wrongful Death Consultants* |
| Dated: August 1, 2025 | | By: /s/ Richard M. Scherer, Jr. |
| | | Jeff Wiley Poole |
| | | jpoole@hamricklaw.com |

|    |                          |                                         |
|----|--------------------------|-----------------------------------------|
| 1  |                          | HAMRICK & EVANS LLP                     |
| 2  |                          | 2600 West Olive Avenue, Suite 1020      |
|    |                          | Burbank, CA 91505                       |
| 3  |                          | (818) 763−5292                          |
| 4  |                          | Fax: (818) 763−2308                     |
| 5  |                          | Richard M. Scherer , Jr.                |
|    |                          | rscherer@lippes.com                     |
| 6  |                          | LIPPES MATHIAS LLP                      |
| 7  |                          | 50 Fountain Plaza, Suite 1700           |
|    |                          | Bufalo, NY 14202                        |
| 8  |                          | (716) 853−5100                          |
| 9  |                          |                                         |
| 10 |                          | *Attorneys for Joseph DiNardo*          |
| 11 | Dated: August 1, 2025    | By: /s/ William E. Brueckner, III       |
| 12 |                          |                                         |
| 13 |                          | Sean Eric Ponist                        |
|    |                          | sponist@ponistlaw.com                   |
| 14 |                          | PONIST LAW GROUP, P.C.                  |
| 15 |                          | 27201 Puerta Real Suite 300             |
|    |                          | Mission Viejo, CA 92691                 |
| 16 |                          | (858) 412-1211                          |
| 17 |                          | Fax: (888) 350−5442                     |
| 18 |                          | William F. Savino                       |
|    |                          | wsavino@woodsoviatt.com                 |
| 19 |                          | William E Brueckner, III                |
| 20 |                          | wbrueckner@woodsoviatt.com              |
| 21 |                          | WOODS OVIATT GILMAN LLP                 |
|    |                          | 50 Fountain Plaza Suite 320             |
| 22 |                          | Buffalo, NY 14202                       |
| 23 |                          | (716) 248−3210                          |
| 24 |                          | *Attorneys for California Attorney      |
|    |                          | Lending II, Inc.*                       |
| 25 |                          |                                         |
| 26 |                          |                                         |
| 27 | Dated: August 1, 2025    | By: /s/ Michael V. Severo               |
| 28 |                          |                                         |

|   |   |
|---|---|
| 1 |   |
| 2 | Michael V. Severo (SBN 72599) |
| 3 | THE SEVERO LAW FIRM |
|   | 301 N. Lake Ave, Ste. 315 |
| 4 | Pasadena, CA 91101 |
|   | msevero@mvslaw.com |
| 5 | (626) 844-6400 |

Attorneys for Christopher Kamon

**FILER'S ATTESTATION**

I, Alexander G. Tievsky, am the ECF user whose identification and password are being used to file this Joint Report. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 1, 2025                       s/ Alexander G. Tievsky