1 | Alexander G. Tievsky (pro hac vice)
2 | atievsky@edelson.com
EDELSON PC
3 | 350 North LaSalle Street, 14th Floor
4 | Chicago, Illinois 60654
Tel: 312.589.6370
5 | Fax: 312.589.6378
6
*Counsel for Plaintiff Edelson PC*
7
8 | [Additional counsel appear on the signature page]

9 | **UNITED STATES DISTRICT COURT**
10
**CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, | Case No. 2:22-cv-08787-MWC-MAA |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, and CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation, | |
| Defendants. | |

1    Plaintiff Edelson PC, Defendant David Lira, Defendant Keith Griffin, Defendant Erika Girardi, Defendant EJ Global, LLC, Defendant George Hatcher, Defendant Wrongful Death Consultants, Defendant Joseph DiNardo, and Defendant California Attorney Lending II, Inc. (the "Parties") jointly submit the following status report pursuant to the Court's August 8, 2025 order.

**First**, on August 7, 2025, the United States Attorney for the Northern District of Illinois filed an indictment charging Defendant Keith Griffin with four counts of criminal contempt and two counts of misprision of a felony in connection with the *Lion Air* matter. *United States v. Griffin*, No. 25-cr- 463 (N.D. Ill.). Griffin was arraigned on August 19, 2025 and entered a plea of not guilty. The matter remains pending before Hon. LaShonda A. Hunt. Griffin asserts that this matter should be stayed pending the outcome of his criminal matter similar to the way this matter was stayed pending the outcome of the other criminal matters.

**Second**, with respect to the status of the cases that were pending at the time of the Court's last order, the Parties provide the following updates:

    1.    *USA v. Kamon*, No. 2:23-cr-24 (C.D. Cal.) and

    2.    *USA v. Girardi & Kamon*, No. 2:23-cr-47 (C.D. Cal.)

Defendant Christopher Kamon entered guilty pleas in each case and was sentenced on April 11, 2025 (with an amended judgment correcting an error entered shortly thereafter). Kamon has filed notices of appeal in both cases, and the appeals remain pending. Opening briefs are currently due on October 27, 2025.

    3.    *USA v. Lira & Kamon*, No. 1:23-cr-54 (N.D. Ill.)

Defendant David Lira pleaded guilty to one count of criminal contempt of court on June 5, 2025. His sentencing hearing was held on October 6, 2025, and the court indicated that judgment would be entered within the next several days. Lira's time to appeal has not yet expired

Kamon pleaded guilty to one count of wire fraud and was sentenced on July 14, 2025. A restitution order was entered in favor of Edelson PC in the amount of $3,069,500. Kamon appealed the judgment, and the appeal remains pending. The deadline to file an opening brief was September 15, 2025. With no brief having been filed on September 29, 2025, the Seventh Circuit issued an order suspending briefing until further order of the court and directing Kamon's counsel to show cause why disciplinary proceedings should not be instituted for failure to prosecute the appeal. The response is due today.

4.  *In Re: Joseph DiNardo*, No. 1:23-10316-CLB (W.D.N.Y.).

The Chapter 7 bankruptcy remains pending, and the automatic stay remains in place as to Defendant Joseph DiNardo.

Dated: October 14, 2025          By: /s/ Alexander G. Tievsky

Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Hannah P. Hilligoss *(pro hac vice)*
hhilligoss@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370/Fax: 312.589.6378

Daniel "Sparky" Abraham (SBN 299193)
sparky@jubilee.legal
Jubilee Legal
536 Palm Dr.
Oxnard, California 93030
Tel: 805.649.0386/Fax: 805.620.7834

*Attorneys for Plaintiff*

Dated: October 14, 2025      By: /s/ Rachel Lannen

      Rachel Marilyn Lannen
      rlannen@elllaw.com
      ENGSTROM, LIPSCOMB & LACK
      11601 Wilshire Blvd, 14th Floor
      Los Angeles, CA 90025
      (310) 552−3800

*Attorney for David Lira*

Dated: October 14, 2025      By: /s/ Ryan Saba

      Ryan Donald Saba
      rsaba@rosensaba.com
      ROSEN SABA, LLP
      2301 Rosecrans Avenue, Suite 3180
      El Segundo, CA 90245
      (310) 285−1727
      Fax: (310) 285−1728

*Attorney for Keith Griffin*

Dated: October 14, 2025      By: /s/ Evan Borges

      Evan Christopher Borges
      eborges@ggtriallaw.com
      Amir Shakoorian
      ashakoorian@ggtriallaw.com
      David Shackelford
      dshackelford@ggtriallaw.com
      GREENBERG GROSS LLP
      650 Town Center Drive, Suite 1700
      Costa Mesa, CA 92626
      (949) 383−2800
      Fax: (949) 383−2801

|  |  |
|---|---|
|  | *Attorneys for Erika Girardi and EJ Global, LLC* |
| Dated: October 14, 2025 | By: /s/ Brodie Smith |
|  | Anthony Lawrence Lanza<br>tony@lanzasmith.com<br>Brodie Hugh Smith<br>brodie@lanzasmith.com<br>LANZA & SMITH, PLC<br>3 Park Plaza, Ste. 1650<br>Irvine, CA 92614<br>949−221−0490 |
|  | *Attorneys for George Hatcher and Wrongful Death Consultants* |
| Dated: October 14, 2025 | By: /s/ Richard M. Scherer, Jr. |
|  | Jeff Wiley Poole<br>jpoole@hamricklaw.com<br>HAMRICK & EVANS LLP<br>2600 West Olive Avenue, Suite 1020<br>Burbank, CA 91505<br>(818) 763−5292<br>Fax: (818) 763−2308 |
|  | Richard M. Scherer , Jr.<br>rscherer@lippes.com<br>LIPPES MATHIAS LLP<br>50 Fountain Plaza, Suite 1700<br>Bufalo, NY 14202<br>(716) 853−5100 |
|  | *Attorneys for Joseph DiNardo* |
| Dated: October 14, 2025 | By: /s/ William E. Brueckner, III |

|   |   |
|---|---|
| 1 | Sean Eric Ponist |
| 2 | sponist@ponistlaw.com |
|   | PONIST LAW GROUP, P.C. |
| 3 | 27201 Puerta Real Suite 300 |
| 4 | Mission Viejo, CA 92691 |
|   | (858) 412-1211 |
| 5 | Fax: (888) 350−5442 |
| 6 |   |
|   | William F. Savino |
| 7 | wsavino@woodsoviatt.com |
|   | William E Brueckner, III |
| 8 | wbrueckner@woodsoviatt.com |
| 9 | WOODS OVIATT GILMAN LLP |
|   | 50 Fountain Plaza Suite 320 |
| 10 | Buffalo, NY 14202 |
| 11 | (716) 248−3210 |
| 12 |   |
|   | *Attorneys for California Attorney* |
| 13 | *Lending II, Inc.* |

Dated: October 14, 2025       By: /s/ Michael V. Severo

Michael V. Severo (SBN 72599)
THE SEVERO LAW FIRM
301 N. Lake Ave, Ste. 315
Pasadena, CA 91101
msevero@mvslaw.com
(626) 844-6400

*Attorneys for Christopher Kamon*

**FILER'S ATTESTATION**

I, Alexander G. Tievsky, am the ECF user whose identification and password are being used to file this Joint Report. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 14, 2025                                    s/ Alexander G. Tievsky