Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Edelson PC*

[Additional counsel appear on the signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>              *Plaintiff,*<br><br>    *v.*<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, and CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>              *Defendants.* | Case No. 2:22-cv-08787-MWC-MAA<br><br>**JOINT STATUS REPORT** |

Plaintiff Edelson PC, Defendant David Lira, Defendant Keith Griffin, Defendant Erika Girardi, Defendant EJ Global, LLC, Defendant George Hatcher, Defendant Wrongful Death Consultants, Defendant Joseph DiNardo, and Defendant California Attorney Lending II, Inc. (the "Parties") jointly submit the following status report pursuant to the Court's October 21, 2025 order.

The Parties provide the following updates with respect to the status of the cases that were pending at the time of the Court's last order:

1.   *USA v. Griffin*, No. 25-cr-463 (N.D. Ill.)

Defendant Keith Griffin pleaded not guilty to four counts of criminal contempt and two counts of misprision of a felony in connection with the *Lion Air* matter on August 19, 2025. The matter remains pending before Hon. LaShonda A. Hunt. Griffin continues to assert that this matter should be stayed pending the outcome of his criminal matter similar to the way this matter was stayed pending the outcome of the other criminal matters.

2.   *USA v. Kamon*, No. 2:23-cr-24 (C.D. Cal.) and

3.   *USA v. Girardi & Kamon*, No. 2:23-cr-47 (C.D. Cal.)

Defendant Christopher Kamon entered guilty pleas in each case and was sentenced on April 11, 2025 (with an amended judgment correcting an error entered shortly thereafter). Kamon has filed notices of appeal in both cases, and the appeals remain pending. Opening briefs are currently due on February 23, 2026.

4.   *USA v. Lira & Kamon*, No. 1:23-cr-54 (N.D. Ill.)

Defendant David Lira pleaded guilty to one count of criminal contempt of court on June 5, 2025. Judgment was entered on October 22, 2025, sentencing Lira to four months of prison and two years of supervised release. The remaining counts against Lira were dismissed.

Kamon pleaded guilty to one count of wire fraud and was sentenced on July 14, 2025. A restitution order was entered in favor of Edelson PC in the amount of

$3,069,500. Kamon appealed the judgment, and the appeal remains pending. On October 13, 2025, Kamon filed a request of counsel to withdraw and appoint counsel, which remains pending before the Seventh Circuit. On October 16, 2025, the Seventh Circuit directed Kamon to file a motion to proceed on appeal *in forma pauperis* in the district court. Judge Rowland denied that motion on January 5, 2026, finding that the appeal was not taken in good faith. *USA v. Lira & Kamon*, No. 1:23-cr-54, dkt. 192 (N.D. Ill. Jan. 5, 2026). Briefing on appeal is suspended pending further court order.

     5.    *In Re: Joseph DiNardo*, No. 1:23-bk-10316-CLB (Bankr. W.D.N.Y.).

The Chapter 7 bankruptcy remains pending, and the automatic stay remains in place as to Defendant Joseph DiNardo.

Dated: January 21, 2026          By: /s/ Hannah Hilligoss

          Alexander G. Tievsky (*pro hac vice*)
          atievsky@edelson.com
          Jay Edelson (*pro hac vice*)
          jedelson@edelson.com
          J. Eli Wade-Scott (*pro hac vice*)
          ewadescott@edelson.com
          Hannah Hilligoss *(pro hac vice)*
          hhilligoss@edelson.com
          EDELSON PC
          350 North LaSalle Street, 14th Floor
          Chicago, Illinois 60654
          Tel: 312.589.6370/Fax: 312.589.6378

          Daniel "Sparky" Abraham (SBN 299193)
          sparky@jubilee.legal
          Jubilee Legal
          536 Palm Dr.
          Oxnard, California 93030
          Tel: 805.649.0386/Fax: 805.620.7834

          *Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | Dated: January 21, 2026 | By: /s/ Rachel Marilyn Lannen |
| 2 | | |
| 3 | | Rachel Marilyn Lannen |
| | | rlannen@elllaw.com |
| 4 | | ENGSTROM, LIPSCOMB & LACK |
| | | 11601 Wilshire Blvd, 14th Floor |
| 5 | | Los Angeles, CA 90025 |
| 6 | | (310) 552−3800 |
| 7 | | *Attorney for David Lira* |
| 8 | Dated: January 21, 2026 | By: /s/ Ryan Donald Saba |
| 9 | | |
| 10 | | Ryan Donald Saba |
| | | rsaba@rosensaba.com |
| 11 | | ROSEN SABA, LLP |
| 12 | | 2301 Rosecrans Avenue, Suite 3180 |
| | | El Segundo, CA 90245 |
| 13 | | (310) 285−1727 |
| 14 | | Fax: (310) 285−1728 |
| 15 | | *Attorney for Keith Griffin* |
| 16 | | |
| 17 | Dated: January 21, 2026 | By: /s/ Evan Christopher Borges |
| 18 | | Evan Christopher Borges |
| 19 | | eborges@ggtriallaw.com |
| | | Amir Shakoorian |
| 20 | | ashakoorian@ggtriallaw.com |
| 21 | | David Shackelford |
| | | dshackelford@ggtriallaw.com |
| 22 | | GREENBERG GROSS LLP |
| 23 | | 650 Town Center Drive, Suite 1700 |
| | | Costa Mesa, CA 92626 |
| 24 | | (949) 383−2800 |
| 25 | | Fax: (949) 383−2801 |
| 26 | | |
| 27 | | *Attorneys for Erika Girardi and EJ Global, LLC* |
| 28 | | |

| | | |
|---|---|---|
| Dated: January 21, 2026 | By: | /s/ Brodie Hugh Smith |

Anthony Lawrence Lanza
tony@lanzasmith.com
Brodie Hugh Smith
brodie@lanzasmith.com
LANZA & SMITH, PLC
3 Park Plaza, Ste. 1650
Irvine, CA 92614
949−221−0490

*Attorneys for George Hatcher and Wrongful Death Consultants*

Dated: January 21, 2026          By: /s/ Richard M. Scherer , Jr.

Jeff Wiley Poole
jpoole@hamricklaw.com
HAMRICK & EVANS LLP
2600 West Olive Avenue, Suite 1020
Burbank, CA 91505
(818) 763−5292
Fax: (818) 763−2308

Richard M. Scherer , Jr.
rscherer@lippes.com
LIPPES MATHIAS LLP
50 Fountain Plaza, Suite 1700
Bufalo, NY 14202
(716) 853−5100

*Attorneys for Joseph DiNardo*

Dated: January 21, 2026          By: /s/ William E Brueckner, III

Sean Eric Ponist
sponist@ponistlaw.com
PONIST LAW GROUP, P.C.

| | |
|---|---|
| | 27201 Puerta Real Suite 300 |
| | Mission Viejo, CA 92691 |
| | (858) 412-1211 |
| | Fax: (888) 350−5442 |
| | |
| | William F. Savino |
| | wsavino@woodsoviatt.com |
| | William E Brueckner, III |
| | wbrueckner@woodsoviatt.com |
| | WOODS OVIATT GILMAN LLP |
| | 50 Fountain Plaza Suite 320 |
| | Buffalo, NY 14202 |
| | (716) 248−3210 |
| | |
| | *Attorneys for California Attorney Lending II, Inc.* |
| Dated: January 21, 2026 | By: /s/ Michael V. Severo |
| | |
| | Michael V. Severo (SBN 72599) |
| | THE SEVERO LAW FIRM |
| | 301 N. Lake Ave, Ste. 315 |
| | Pasadena, CA 91101 |
| | msevero@mvslaw.com |
| | (626) 844-6400 |
| | |
| | *Attorneys for Christopher Kamon* |

## **FILER'S ATTESTATION**

I, Hannah Hilligoss, am the ECF user whose identification and password are being used to file this Joint Report. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 21, 2026                                   /s/ Hannah Hilligoss