Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Edelson PC*

[Additional counsel appear on the signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, and CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>*Defendants.* | Case No. 2:22-cv-08787-MWC-MAA<br><br>**JOINT STATUS REPORT** |

Plaintiff Edelson PC, Defendant David Lira, Defendant Keith Griffin, Defendant Erika Girardi, Defendant EJ Global, LLC, Defendant George Hatcher, Defendant Wrongful Death Consultants, Defendant Christopher Kamon, Defendant Joseph DiNardo, and Defendant California Attorney Lending II, Inc. (the "Parties") jointly submit the following status report pursuant to the Court's January 28, 2026 order.

The Parties provide the following updates with respect to the status of the cases that were pending at the time of the Court's last order:

1.  *USA v. Griffin*, No. 25-cr-463 (N.D. Ill.)

Defendant Keith Griffin pleaded guilty to one count of criminal contempt in connection with the *Lion Air* matter on March 5, 2026. Sentencing is scheduled for August 6, 2026 at 11:00 a.m. Griffin continues to assert that this matter should be stayed pending judgment similar to the way this matter was stayed pending the outcome of the other criminal matters.

2.  *USA v. Kamon*, No. 2:23-cr-24 (C.D. Cal.) and

3.  *USA v. Girardi & Kamon*, No. 2:23-cr-47 (C.D. Cal.)

Defendant Christopher Kamon entered guilty pleas in each case and was sentenced on April 11, 2025 (with an amended judgment correcting an error entered shortly thereafter). Kamon has filed notices of appeal in both cases, and the appeals remain pending. Opening briefs are currently due on June 23, 2026.

4.  *USA v. Lira & Kamon*, No. 1:23-cr-54 (N.D. Ill.)

Defendant David Lira pleaded guilty to one count of criminal contempt of court on June 5, 2025. Judgment was entered on October 22, 2025, sentencing Lira to four months of prison and two years of supervised release. The remaining counts against Lira were dismissed. Lira is presently in federal custody.

Kamon pleaded guilty to one count of wire fraud and was sentenced on July 14, 2025. A restitution order was entered in favor of Edelson PC in the amount of

$3,069,500. Kamon appealed the judgment, and the appeal remains pending. Kamon's opening brief is due May 11, 2026.

     5.    *In Re: Joseph DiNardo*, No. 1:23-bk-10316-CLB (Bankr. W.D.N.Y.).

    The bankruptcy court granted a discharge pursuant to 11 U.S.C. § 727 on February 17, 2026.

Dated: April 21, 2026        By: /s/ Alexander G. Tievsky

        Alexander G. Tievsky (*pro hac vice*)
        atievsky@edelson.com
        Jay Edelson (*pro hac vice*)
        jedelson@edelson.com
        J. Eli Wade-Scott (*pro hac vice*)
        ewadescott@edelson.com
        Hannah Hilligoss *(pro hac vice)*
        hhilligoss@edelson.com
        EDELSON PC
        350 North LaSalle Street, 14th Floor
        Chicago, Illinois 60654
        Tel: 312.589.6370/Fax: 312.589.6378

        Daniel "Sparky" Abraham (SBN 299193)
        sparky@jubilee.legal
        Jubilee Legal
        536 Palm Dr.
        Oxnard, California 93030
        Tel: 805.649.0386/Fax: 805.620.7834

        *Attorneys for Plaintiff*

Dated: April 21, 2026        By: /s/ Rachel M. Lannen

        Rachel Marilyn Lannen
        rlannen@elllaw.com
        ENGSTROM, LIPSCOMB & LACK
        11601 Wilshire Blvd, 14th Floor

Los Angeles, CA 90025
(310) 552−3800

*Attorney for David Lira*

Dated: April 21, 2026                    By: /s/ Ryan Saba

Ryan Donald Saba
rsaba@rosensaba.com
ROSEN SABA, LLP
2301 Rosecrans Avenue, Suite 3180
El Segundo, CA 90245
(310) 285−1727
Fax: (310) 285−1728

*Attorney for Keith Griffin*

Dated: April 21, 2026                    By: /s/ Evan C. Borges

Evan Christopher Borges
eborges@ggtriallaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
(949) 383−2800
Fax: (949) 383−2801

*Attorneys for Erika Girardi and EJ Global, LLC*

Dated: April 21, 2026                    By: /s/ Brodie Hugh Smith

Anthony Lawrence Lanza
tony@lanzasmith.com
Brodie Hugh Smith
brodie@lanzasmith.com
LANZA & SMITH, PLC
3 Park Plaza, Ste. 1650
Irvine, CA 92614

---

949−221−0490

*Attorneys for George Hatcher and Wrongful Death Consultants*

Dated: April 21, 2026          By: /s/ Richard M. Scherer Jr.

Jeff Wiley Poole
jpoole@hamricklaw.com
HAMRICK & EVANS LLP
2600 West Olive Avenue, Suite 1020
Burbank, CA 91505
(818) 763−5292
Fax: (818) 763−2308

Richard M. Scherer , Jr.
rscherer@lippes.com
LIPPES MATHIAS LLP
50 Fountain Plaza, Suite 1700
Bufalo, NY 14202
(716) 853−5100

*Attorneys for Joseph DiNardo*

Dated: April 21, 2026          By: /s/ William E. Brueckner, III

Sean Eric Ponist
sponist@ponistlaw.com
PONIST LAW GROUP, P.C.
27201 Puerta Real Suite 300
Mission Viejo, CA 92691
(858) 412-1211
Fax: (888) 350−5442

William F. Savino
wsavino@woodsoviatt.com
William E Brueckner, III
wbrueckner@woodsoviatt.com

WOODS OVIATT GILMAN LLP
50 Fountain Plaza Suite 320
Buffalo, NY 14202
(716) 248−3210

*Attorneys for California Attorney
Lending II, Inc.*

Dated: April 21, 2026                    By: /s/ Michael V. Severo

Michael V. Severo (SBN 72599)
THE SEVERO LAW FIRM
301 N. Lake Ave, Ste. 315
Pasadena, CA 91101
msevero@mvslaw.com
(626) 844-6400

*Attorneys for Christopher Kamon*

## **FILER'S ATTESTATION**

I, Alexander G. Tievsky, am the ECF user whose identification and password are being used to file this Joint Report. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: April 21, 2026                                    /s/ Alexander G. Tievsky