UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. LA 2:22-cv-08787-MWC-MAA Date: July 29, 2026

Title: Edelson PC v. David Lira, *et al.*

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO TIMELY FILE STATUS REPORT (DKT. [246])**

On May 18, 2026, the Court issued an Order Setting Deadlines for Status Report, requiring the parties to "file a status report regarding the case's stay, related criminal proceedings, and related bankruptcy by July 17, 2026, and every 90 days thereafter until otherwise ordered." Dkt. # 246. To date, the parties have failed to file the required status report. Accordingly, the Court **SETS** a Status Conference for **Friday August 14, 2026**, at 1:30 p.m. in Courtroom 6A. If the parties file the required status report on or before **Friday, August 7, 2026**, no appearance will be necessary and the August 14, 2026, hearing will automatically vacate unless otherwise ordered.

**IT IS SO ORDERED.**

:

**Initials of Preparer** TJ