Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Edelson PC*

[Additional counsel appear on the signature page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EDELSON PC, an Illinois professional corporation,

*Plaintiff,*

*v.*

DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, and CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,

*Defendants.*

Case No. 2:22-cv-08787-MWC-MAA

**NOTICE OF VOLUNTARY DISMISSAL**

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Edelson PC hereby gives notice that this action is voluntarily dismissed without prejudice as to Defendants Keith Griffin, Erika Girardi, EJ Global LLC, George Hatcher, Wrongful Death Consultants, Joseph DiNardo, and California Attorney Lending II, Inc. *See Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) ("We agree with the First, Third, Fifth, and Eighth circuits that Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment.").

Dated: November 16, 2026

By: /s/ Alexander G. Tievsky

Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Hannah Hilligoss *(pro hac vice)*
hhilligoss@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370/Fax: 312.589.6378

Daniel "Sparky" Abraham (SBN 299193)
sparky@jubilee.legal
Jubilee Legal
536 Palm Dr.
Oxnard, California 93030
Tel: 805.649.0386/Fax: 805.620.7834

*Attorneys for Plaintiff*