Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Edelson PC*

[Additional counsel appear on the signature page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EDELSON PC, an Illinois professional corporation,

*Plaintiff,*

*v.*

DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, and CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,

*Defendants.*

Case No. 2:22-cv-08787-MWC-MAA

**STIPULATION**

**STIPULATION**

Plaintiff Edelson PC, Defendant David Lira, and Defendant Christopher Kamon hereby stipulate as follows: this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 16, 2026

By: /s/ Alexander G. Tievsky

Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Hannah Hilligoss *(pro hac vice)*
hhilligoss@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370/Fax: 312.589.6378

Daniel "Sparky" Abraham (SBN 299193)
sparky@jubilee.legal
Jubilee Legal
536 Palm Dr.
Oxnard, California 93030
Tel: 805.649.0386/Fax: 805.620.7834

*Attorneys for Plaintiff*

Dated: November 16, 2026

By: /s/ Rachel M. Lannen

Rachel Marilyn Lannen
rlannen@elllaw.com
ENGSTROM, LIPSCOMB & LACK
11601 Wilshire Blvd, 14th Floor
Los Angeles, CA 90025

(310) 552–3800

*Attorney for David Lira*

Dated: November 16, 2026

By: /s/ Michael V. Severo

Michael V. Severo (SBN 72599)
THE SEVERO LAW FIRM
301 N. Lake Ave, Ste. 315
Pasadena, CA 91101
msevero@mvslaw.com
(626) 844-6400

*Attorneys for Christopher Kamon*

**FILER'S ATTESTATION**

I, Alexander G. Tievsky, am the ECF user whose identification and password are being used to file this Joint Report. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 16, 2026 /s/ Alexander G. Tievsky